Attorney or Party without Attorney:
ANOOP RAJKUMAR
73 PARK DRIVE, APT #16
BOSTON,, MA 02215

For Court Use Only

Telephone No: 650-331-7324

Ref. No or File No.:

**FILED**

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT

2008 JUN -9  P 3 48

Plaintiff: RAJKUMAR
Defendant: CISCO SYSTEMS INC.

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA08-1600

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|

1. I, THOMAS J BOWMAN JR., and any employee or independent contractors retained by STERLING MADISON COMPANY are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant KENNY PAUL as follows:

2. **Documents:** Summons; Complaint; District Court Hearing Schedules; Ecf Registration Information Handout; Electronic Case Filing; General Order No 40; General Order No. 53; Notice Of Electronic Availability Of Case File Information; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Order Setting Initial Case Management Conference And Adr Deadlines; Adr Information Package And Handbook.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 05/23/08 | 3:55pm | Home | Subject was not in.; Attempt made by: THOMAS J BOWMAN JR.. Attempt at: 300 EAST TASMAN DRIVE  SAN JOSE CA. 95134. |
| Tue | 05/27/08 | 8:45am | Home | Subject was not in.; Attempt made by: THOMAS J BOWMAN JR.. Attempt at: 300 EAST TASMAN DRIVE  SAN JOSE CA. 95134. |
| Thu | 05/29/08 | 3:11pm | Home | Subject was not in.; Attempt made by: THOMAS J BOWMAN JR.. Attempt at: 300 EAST TASMAN DRIVE  SAN JOSE CA. 95134. |
| Thu | 05/29/08 | 3:12pm | Business | Substituted Service on: KENNY PAUL Business - 300 E. TASMAN DR SAN JOSE, CA. 95134  by Serving: RICH RENFREE a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served.  Served by: THOMAS J BOWMAN JR. |
| Fri | 05/30/08 | | | Mailed copy of Documents to: KENNY PAUL |

3. Person Executing
   a. THOMAS J BOWMAN JR.
   b. **STERLING MADISON COMPANY**
      120 RACE STREET
      SAN JOSE, CA  95126
   c. 408-295-3300, FAX 408-491-9772

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. **The Fee** for service was: $65.00
e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No.:          25
   (iii) County:                   Santa Clara

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, May. 30, 2008

**AFFIDAVIT OF REASONABLE DILIGENCE**   (THOMAS J BOWMAN JR.)   3317324.30037

| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| ANOOP RAJKUMAR<br>73 PARK DRIVE, APT #16<br>BOSTON,, MA 02215<br>*Telephone No:* 650-331-7324 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:* | | |
| UNITED STATES DISTRICT COURT | | |
| *Plaintiff:* RAJKUMAR | | |
| *Defendant:* CISCO SYSTEMS INC, | | |

| **PROOF OF SERVICE<br>OF SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0801600 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS; COMPLAINT; DISTRICT COURT HEARING SCHEDULES; ECF REGISTRATION INFORMATION HANDOUT; ELECTRONIC CASE FILING; GENERAL ORDER NO 40; GENERAL ORDER NO. 53; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ADR INFORMATION PACKAGE AND HANDBOOK

*3. a. Party served:*               KENNY PAUL
   *b. Person served:*           RICH RENFREE

*4. Address where the party was served:*      300 E. TASMAN DR
                                          SAN JOSE, CA 95134

*5. I served the party:*

   b. **by substituted service.** On: Thu., May. 29, 2008 at 3:12PM by leaving the copies with or in the presence of:
                                RICH RENFREE

   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

**7. *Person Who Served Papers:***                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. THOMAS J BOWMAN JR.            d. ***The Fee*** *for Service was:*    $65.00
   **b. STERLING MADISON COMPANY**     e. I am: (3) registered California process server
     120 RACE STREET                       *(i)*    Owner
     SAN JOSE, CA 95126               *(ii)*  *Registration No.:*     25
   c. 408-295-3300, FAX 408-491-9772      *(iii)* *County:*           Santa Clara

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Fri, May. 30, 2008

              **PROOF OF SERVICE<br>OF SUMMONS**          (THOMAS J BOWMAN JR.)     3317324.30037

| Attorney or Party without Attorney:<br>**ANOOP RAJKUMAR**<br>73 PARK DRIVE, APT #16<br>BOSTON,, MA 02215<br>Telephone No: 650-331-7324    FAX No:<br><br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT | | |
| Plaintiff: RAJKUMAR | | |
| Defendant: CISCO SYSTEMS INC, | | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0801600 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS; COMPLAINT; DISTRICT COURT HEARING SCHEDULES; ECF REGISTRATION INFORMATION HANDOUT; ELECTRONIC CASE FILING; GENERAL ORDER NO 40; GENERAL ORDER NO. 53; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ADR INFORMATION PACKAGE AND HANDBOOK

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:
   b. Place of Mailing:
   c. Addressed as follows:

   Fri., May. 30, 2008
   SAN JOSE, CA 95126
   KENNY PAUL
   300 E. TASMAN DR
   SAN JOSE, CA 95134

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., May. 30, 2008 in the ordinary course of business.

5. *Person Serving:*
   a. THOMAS J BOWMAN JR.
   b. STERLING MADISON COMPANY
      120 RACE STREET
      SAN JOSE, CA 95126
   c. 408-295-3300, FAX 408-491-9772

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was:    $65.00
   e. I am: (3) registered California process server
      (i)    Owner
      (ii)   *Registration No.:*    25
      (iii)  *County:*    Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:Fri, May. 30, 2008

PROOF OF SERVICE
By Mail

(THOMAS J BOWMAN JR.)

3317324.30037