| Attorney or Party without Attorney: <br> ANOOP RAJKUMAR <br> 73 PARK DRIVE, APT #16 <br> BOSTON,, MA 02215 | | | | For Court Use Only <br><br> FILED <br> 2008 JUN -9 P 3: 53 <br> RICHARD W. WIEKING <br> CLERK <br> U.S. DISTRICT COURT <br> NO. DIST. OF CA. S.J. |
|---|---|---|---|---|
| Telephone No: 650-331-7324 | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT | | | | |
| Plaintiff: RAJKUMAR | | | | |
| Defendant: CISCO SYSTEMS INC, | | | | |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0801600 |

1. I, WANTAREGH, and any employee or independent contractors retained by STERLING MADISON COMPANY are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DELOITTE CONSULTING, LLC. as follows:

2. Documents:    Summons; Complaint; District Court Hearing Schedules; Ecf Registration Information Handout; Electronic Case Filing; General Order No 40; General Order No. 53; Notice Of Electronic Availability Of Case File Information; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Order Setting Initial Case Management Conference And Adr Deadlines; Adr Information Package And Handbook.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 05/27/08 | 4:00pm | Business | SERVICE OF PROCESS CAN NOT BE ACCEPTED AT THIS LOCATION Attempt made by: WANTAREGH. Attempt at: 1111 BROADWAY, SUITE 2100 OAKLAND CA. 94607. |
| Fri | 05/30/08 | 11:37am | Business | Substituted Service on: DELOITTE CONSULTING, LLC. Business - 50 FREMONT #2600 SAN FRANCISCO, CA. by Serving: party in item 3.a. a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: SHIRLEY DORSEY. Served by: WANTAREGH |
| Tue | 06/03/08 | | | Mailed copy of Documents to: DELOITTE CONSULTING, LLC. |

3. Person Executing
   a. WANTAREGH
   b. STERLING MADISON COMPANY
      120 RACE STREET
      SAN JOSE, CA 95126
   c. 408-295-3300, FAX 408-491-9772

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was: $130.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    1050
      (iii) County:    Alameda

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Jun. 03, 2008    AFFIDAVIT OF REASONABLE DILIGENCE    (WANTAREGH)    3317324.30038

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>ANOOP RAJKUMAR<br>73 PARK DRIVE, APT #16<br>BOSTON,, MA 02215<br>*Telephone No:* 650-331-7324 | *For Court Use Only* |
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT

*Plaintiff:* RAJKUMAR
*Defendant:* CISCO SYSTEMS INC,

| PROOF OF SERVICE OF SUMMONS | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0801600 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; DISTRICT COURT HEARING SCHEDULES; ECF REGISTRATION INFORMATION HANDOUT; ELECTRONIC CASE FILING; GENERAL ORDER NO 40; GENERAL ORDER NO. 53; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ADR INFORMATION PACKAGE AND HANDBOOK

3. a. *Party served:*   DELOITTE CONSULTING, LLC.

4. *Address where the party was served:*   50 FREMONT #2600
   SAN FRANCISCO, CA

5. *I served the party:*
   b. **by substituted service.** On: Fri., May. 30, 2008 at: 11:37AM by leaving the copies with or in the presence of:
   SHIRLEY DORSEY
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:*  DELOITTE CONSULTING, LLC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. WANTAREGH
   b. STERLING MADISON COMPANY
      120 RACE STREET
      SAN JOSE, CA 95126
   c. 408-295-3300, FAX 408-491-9772

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $130.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*   1050
      (iii) *County:*   Alameda

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Jun. 03, 2008

   *Signature:* Wantaregh
   (WANTAREGH)

**Judicial Council Form POS-010**
**Rule 2.150.(a)&(b) Rev January 1, 2007**

PROOF OF SERVICE
OF SUMMONS

3317324.30038

| Attorney or Party without Attorney:<br>ANOOP RAJKUMAR<br>73 PARK DRIVE, APT #16<br>BOSTON,, MA 02215<br>Telephone No: 650-331-7324    FAX No: | For Court Use Only |
|---|---|
| Attorney for: Plaintiff    Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT

Plaintiff: RAJKUMAR
Defendant: CISCO SYSTEMS INC,

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0801600 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS; COMPLAINT; DISTRICT COURT HEARING SCHEDULES; ECF REGISTRATION INFORMATION HANDOUT; ELECTRONIC CASE FILING; GENERAL ORDER NO 40; GENERAL ORDER NO. 53; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ADR INFORMATION PACKAGE AND HANDBOOK

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Tue., Jun. 03, 2008
   b. Place of Mailing:         SAN JOSE, CA 95126
   c. Addressed as follows:    DELOITTE CONSULTING, LLC.
                                50 FREMONT #2600
                                SAN FRANCISCO, CA

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jun. 03, 2008 in the ordinary course of business.

5. *Person Serving:*
   a. THOMAS J BOWMAN JR.
   b. STERLING MADISON COMPANY
      120 RACE STREET
      SAN JOSE, CA 95126
   c. 408-295-3300, FAX 408-491-9772

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $130.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 25
      (iii) County: Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Jun. 03, 2008

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   By Mail

   (THOMAS J BOWMAN JR.)