| | |
|---|---|
| Attorney or Party without Attorney:<br>ANOOP RAJKUMAR<br>73 PARK DRIVE, APT #16<br>BOSTON,, MA 02215<br>Telephone No: 650-331-7324<br><br>Attorney for: Plaintiff | For Court Use Only |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT | Ref. No. or File No.: |
| Plaintiff: RAJKUMAR<br>Defendant: CISCO SYSTEMS INC, | FILED<br>2008 JUN -9 P 3:53<br>RICHARD W. WIEKING<br>CLERK |
| PROOF OF SERVICE OF SUMMONS | Hearing Date: | Time: | Dept/Div: U.S. DISTRICT COURT NO. DIST. OF CA. S.J. Case Number: C0801600 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; DISTRICT COURT HEARING SCHEDULES; ECF REGISTRATION INFORMATION HANDOUT; ELECTRONIC CASE FILING; GENERAL ORDER NO 40; GENERAL ORDER NO. 53; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ADR INFORMATION PACKAGE AND HANDBOOK

3. a. Party served:            WIPRO TECHNOLOGIES
   b. Person served:          VASU SARENGABANI
                              AUTHORIZED AGENT

4. Address where the party was served:    425 NATIONAL AVENUE
                                          MOUNTAIN VIEW, CA 94043

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 04, 2008 (2) at: 12:44PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: WIPRO TECHNOLOGIES
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. THOMAS J BOWMAN JR.
   b. STERLING MADISON COMPANY
      120 RACE STREET
      SAN JOSE, CA 95126
   c. 408-295-3300, FAX 408-491-9772

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:   $110.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:    25
      (iii) County:             Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jun. 05, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE OF SUMMONS



(THOMAS J BOWMAN JR.)

CHAMBERS

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ANOOP RAJKUMAR<br>73 PARK DRIVE, APT #16<br>BOSTON,, MA 02215<br>Telephone No: 650-331-7324 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | FILED<br>2008 JUN -9 P 3:53<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA S.J. |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT | | |
| Plaintiff: RAJKUMAR | | |
| Defendant: CISCO SYSTEMS INC, | | |
| PROOF OF SERVICE OF SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0801600 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; DISTRICT COURT HEARING SCHEDULES; ECF REGISTRATION INFORMATION HANDOUT; ELECTRONIC CASE FILING; GENERAL ORDER NO 40; GENERAL ORDER NO. 53; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ADR INFORMATION PACKAGE AND HANDBOOK

3. a. Party served:   WIPRO TECHNOLOGIES
   b. Person served:  VASU SARENGABANI
                       AUTHORIZED AGENT

4. Address where the party was served:   425 NATIONAL AVENUE
                                          MOUNTAIN VIEW, CA 94043

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 04, 2008 (2) at: 12:44PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: WIPRO TECHNOLOGIES
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. THOMAS J BOWMAN JR.
   b. STERLING MADISON COMPANY
      120 RACE STREET
      SAN JOSE, CA 95126
   c. 408-295-3300, FAX 408-491-9772

   d. The Fee for Service was: $110.00
   e. I am: (3) registered California process server
      (i)   Owner
      (ii)  Registration No.: 25
      (iii) County: Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jun. 05, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
OF SUMMONS

(THOMAS J BOWMAN JR.)

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>ANOOP RAJKUMAR<br>73 PARK DRIVE, APT #16<br>BOSTON,, MA 02215<br>*Telephone No:* 650-331-7324 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT

*Plaintiff:* RAJKUMAR
*Defendant:* CISCO SYSTEMS INC,

| PROOF OF SERVICE OF SUMMONS | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0801600 |
|---|---|---|---|---|

FILED 2008 JUN -9 P 3:53 RICHARD W. WIEKING U.S. DISTRICT CLERK NO. DIST. OF CA.

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; DISTRICT COURT HEARING SCHEDULES; ECF REGISTRATION INFORMATION HANDOUT; ELECTRONIC CASE FILING; GENERAL ORDER NO 40; GENERAL ORDER NO. 53; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ADR INFORMATION PACKAGE AND HANDBOOK

3. a. *Party served:* WIPRO TECHNOLOGIES
   b. *Person served:* VASU SARENGABANI
   AUTHORIZED AGENT

4. *Address where the party was served:* 425 NATIONAL AVENUE
   MOUNTAIN VIEW, CA 94043

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 04, 2008 (2) at: 12:44PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: WIPRO TECHNOLOGIES
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. THOMAS J BOWMAN JR.
   b. STERLING MADISON COMPANY
   120 RACE STREET
   SAN JOSE, CA 95126
   c. 408-295-3300, FAX 408-491-9772

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $110.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 25
      (iii) County: Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jun. 05, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE OF SUMMONS

(THOMAS J BOWMAN JR.)