ORIGINAL

| | |
|---|---|
| 1 | THOMAS M. MCINERNEY, State Bar No. 162055 |
|   | tmm@ogletreedeakins.com |
| 2 | GREGORY C. CHENG, State Bar No. 226865 |
|   | gregory.cheng@ogletreedeakins.com |
| 3 | PATRICIA SALAZAR, State Bar No. 249935 |
|   | patricia.salazar@ogletreedeakins.com |
| 4 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|   | Steuart Tower, Suite 1300 |
| 5 | One Market Plaza |
|   | San Francisco, California 94105 |
| 6 | Telephone:   (415) 442-4810 |
|   | Facsimile:    (213) 442-4870 |

**FILED**

2008 JUN 11 P 3: 37

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Attorneys for Defendant

WIPRO LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANOOP RAJKUMAR, | Case No. C08 01600 PVT |
| Plaintiff, | **NOTICE OF APPEARANCE BY DEFENDANT WIPRO LTD.** |
| v. | |
| CISCO SYSTEMS, INC., WIPRO TECHNOLOGIES, INC., DELOITTE CONSULTING LLC, NAVAL MOHTA, VENU DHARMAPURI, KEENY PAUL and VARIOUS JOHN DOES, | |
| Defendants. | |

///
///
///
///
///
///
///

FAXED

6420801_1

CASE NO. C08 01600 PVT

NOTICE OF APPEARANCE BY DEFENDANT WIPRO LTD.

| | |
|---|---|
| 1 | **NOTICE IS HEREBY GIVEN THAT** Thomas M. McInerney, Gregory C. Cheng, and |
| 2 | Patricia Salazar of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby enter |
| 3 | its appearance on behalf of Defendant Wipro Ltd. (erroneously sued as "Wipro Technologies, |
| 4 | Inc.") in the above-referenced matter. Notice of all further proceedings should be directed to the |
| 5 | undersigned. |

DATED: June 11, 2008

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Gregory C. Cheng
Attorneys for Defendant WIPRO LTD.

6420801_1.DOC

2                                    CASE NO. C08 01600 PVT
NOTICE OF APPEARANCE BY DEFENDANT WIPRO LTD.

## CERTIFICATE OF SERVICE BY UNITED STATES MAIL

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

On June 11, 2008, I served the following document(s) described as:

**NOTICE OF APPEARANCE BY DEFENDANT WIPRO LTD.**

on the persons below as follows:

Anoop Rajkumar, Pro-Se
73 Park Drive, Apt. #16
Boston, MA 02215

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐ deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒ placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 11, 2008, at San Francisco, California.

Jovania Faamaligi
Type Name                                         Signature

* (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)