```
THOMAS M. MCINERNEY (State Bar No. 162055)
GREGORY C. CHENG (State Bar No. 226865)
OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
```

**FILED**

2008 JUN 12 P 2: 26

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ORIGINAL

Clerk's Use Only
Initial for fee pd:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANOOP RAJKUMAR

Plaintiff(s),

v.

CISCO SYSTEMS, INC., WIPRO TECHNOLOGIES, INC.,
DELOITTE CONSULTING LLC, NAVAL MOHTA, VENU
DHARMAPURI, KENNY PAUL and VARIOUS JOHN DOES,
Defendant(s).

CASE NO. C08-01600 PVT

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Josiah M. Black _____, an active member in good standing of the bar of Massachusetts _____, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Wipro Ltd. _____ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Gregory C. Cheng
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
(415) 536-3406

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2008 _____   [signature] JM Black, Mass Bar # 632690

NDC-18

**CERTIFICATE OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

    On June 12, 2008, I served the following document(s) described as: **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*,** on the persons below as follows:

Anoop Rajkumar, Pro-Se
73 Park Drive, Apt. #16
Boston, MA  02215

    I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐    deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒    placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

    I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐  (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 12, 2008, at San Francisco, California.

Jovania Faamaligi
Type Name                                       Signature

* (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)