1  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  PATRICIA SALAZAR, State Bar No. 249935
   patricia.salazar@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
5  One Market Plaza
   San Francisco, California 94105
6  Telephone:   (415) 442-4810
   Facsimile:   (213) 442-4870
7
   Attorneys for Defendant
8  WIPRO LTD.

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11 | ANOOP RAJKUMAR,                              | Case No. C08 01600 PVT
12 |                      Plaintiff,              | **DEFENDANT WIPRO LTD.'S**
13 |        v.                                    | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
14 | CISCO SYSTEMS, INC., WIPRO
15 | TECHNOLOGIES, INC., DELOITTE
   | CONSULTING LLC, NAVAL MOHTA,
16 | VENU DHARMAPURI, KEENY PAUL and
   | VARIOUS JOHN DOES,
17 |
   |                      Defendants.
18

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CASE NO. C08 01600 PVT
DEFENDANT WIPRO LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

6420865_1

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to United States District Court for the Northern District of California Local Rule 3-16, Defendant Wipro Ltd. (erroneously sued as "Wipro Technologies, Inc.") ("Defendant") provides the following Certification of Interested Entities or Persons. The undersigned counsel of record for Defendant certifies that the following parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Defendant, Wipro Ltd.;
2. Defendant Cisco Systems, Inc.;
3. Defendant Deloitte Consulting LLC
4. Defendant Naval Mohta;
5. Defendant Venu Dharmapuri
6. Defendant Kenny Paul
7. Ogletree, Deakins, Nash, Smoak & Stewart, P.C.; and
8. Plaintiff Anoop Rajkumar.

DATED: June 13, 2008

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Gregory C. Cheng
Gregory C. Cheng
Attorneys for Defendant WIPRO LTD.

CASE NO. C08 01600 PVT
DEFENDANT WIPRO LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**CERTIFICATE OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

On June 13, 2008, I served the following document(s) described as: **DEFENDANT WIPRO LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**, on the persons below as follows:

Anoop Rajkumar, Pro-Se
73 Park Drive, Apt. #16
Boston, MA 02215

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐ deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒ placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 13, 2008, at San Francisco, California.

Jovania Faamaligi
Type Name                                    Signature

* (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)