THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
PATRICIA SALAZAR, State Bar No. 249935
patricia.salazar@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:    (415) 442-4810
Facsimile:    (213) 442-4870

Attorneys for Defendant
WIPRO LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANOOP RAJKUMAR,<br><br>           Plaintiff,<br><br>   v.<br><br>CISCO SYSTEMS, INC., WIPRO TECHNOLOGIES, INC., DELOITTE CONSULTING LLC, NAVAL MOHTA, VENU DHARMAPURI, KEENY PAUL and VARIOUS JOHN DOES,<br><br>           Defendants. | Case No. C08 01600 PVT<br><br>**DEFENDANT WIPRO LTD.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

///

///

///

///

///

///

///

///

///

///

DEFENDANT WIPRO LTD.'S DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1

6420895_1

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

The undersigned counsel of record for Defendant Wipro Ltd. (erroneously sued as "Wipro Technologies, Inc.") ("Defendant"), certifies that it has no parent corporation, and that there is no publicly held corporation that owns ten percent or more of Defendant's stock.

DATED: June 13, 2008                        OGLETREE, DEAKINS, NASH, SMOAK &
                                            STEWART, P.C.


                                            By:___/s/ Gregory C. Cheng_____
                                                    Gregory C. Cheng
                                            Attorneys for Defendant WIPRO LTD.

6420895_1

DEFENDANT WIPRO LTD.'S DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1

1

**CERTIFICATE OF SERVICE BY UNITED STATES MAIL**

2

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3

     I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market

4

Plaza, San Francisco, California 94105.

5

     On June 13, 2008, I served the following document(s) described as: **DEFENDANT WIPRO LTD.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF**

6

**CIVIL PROCEDURE 7.1,** on the persons below as follows:

7

Anoop Rajkumar, Pro-Se

8

73 Park Drive, Apt. #16
Boston, MA 02215

9

     I enclosed the documents in a sealed envelope or package addressed to the persons at the

10

addresses as indicated above and:

11

☐     deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

12

☒     placed the envelope or package for collection and mailing, following our ordinary business

13

practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection

14

and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

15

     I am employed in the county where the mailing occurred. The envelope or package was

16

placed in the mail at San Francisco, California.

17

☐  (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

18

☒  (Federal)     I declare that I am employed in the office of a member of the Bar of this

19

Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true

20

and correct.

21

22

Executed on June 13, 2008, at San Francisco, California.

23

Jovania Faamaligi

24

Type Name                     Signature

25

* **(SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)**

26

27

28