ORIGINAL

RECEIVED
2008 JUN 12 PM 2:26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

THOMAS M. MCINERNEY (SBN 162055)
GREGORY C. CHENG (SBN 226865)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANOOP RAJKUMAR

             Plaintiff(s),

v.

CISCO SYSTEMS, INC., WIPRO TECHNOLOGIES, INC., DELOITTE CONSULTING LLC, NAVAL MOHTA, VENU DHARMAPURI, KENNY PAUL and VARIOUS JOHN DOES,

             Defendant(s).

CASE NO. C 08-01600 PVT

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    Josiah M. Black, an active member in good standing of the bar of State of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is Bello Black & Welsh LLP, One Exeter Plaza, 699 Boylston Street, 10th Floor, Boston, MA 02116; tel: (617) 247-4123

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Wipro Ltd.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June ~~12~~ 17, 2008

United States ~~District~~/Magistrate Judge
Patricia V. Trumbull

NOC-15