MORGAN, LEWIS & BOCKIUS LLP
HOWARD HOLDERNESS, State Bar No. 169814
DENNIS J. SINCLITICO, JR., State Bar No. 240260
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dsinclitico@morganlewis.com

Attorneys for Defendants
Cisco Systems, Inc., Venu Dharmapuri, and Kenny Paul

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANOOP RAJKUMAR,<br><br>          Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., VENU DHARMAPURI, and KENNY PAUL, et al.,<br><br>          Defendants. | Case No. C08-01600-PVT<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

///

///

///

///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7716897.1

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

CASE NO. C08-01600-PVT

| | |
|---|---|
| 1  Dated: June 18, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | |
| 3 | By *[signature]* |
| 4 | Dennis J. Sinclitico, Jr. |
| 5 | Attorneys for Cisco Defendants<br>Cisco Systems, Inc., Venu Dharmapuri,<br>and Kenny Paul |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7716897.1                              2                              CASE NO. C08-01600-PVT

## PROOF OF SERVICE
Anoop Rajkumar v. Cisco Systems, Inc., et al.
U.S. District Court – Northern District (San Jose Division)
Case No. C08-01600-PVT

I, Paula Lesure, declare: I am and was at the time of the service mentioned in this declaration, employed in the County of San Francisco, California. I am over the age of 18 years and not a party to this cause. My business address is Morgan, Lewis & Bockius LLP, Spear Street Tower, One Market, San Francisco, California 94105.

On June 18, 2008, I served a copy(ies) of the following document(s):

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

by placing them in a sealed envelope(s) addressed as follows:

| **Anoop Rajkumar**<br>73 Park Drive, Suite 16<br>Boston, MA  02215<br>Tel:  (650) 331-7324 | Email:<br>anooprajkumar@hotmail.com |
|---|---|

[x]  **(BY FEDERAL EXPRESS)** I placed the sealed envelope(s) or package(s) designated by the Federal Express service carrier for collection and overnight delivery by following the ordinary business practices of Morgan Lewis & Bockius LLP, San Francisco, California. I am readily familiar with Morgan Lewis & Bockius LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection

[x]  **(BY ELECTRONIC MAIL)** Addressed to the recipient(s) as listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed on June 18, 2008, at San Francisco, California.

_Paula Lesure_
Paula Lesure