To
Clerk's Office
United States District Court
Northern District Of California
280 South 1st Street
San Jose, CA -95113

Date: 06/18/2008

# FILED

JUN 2 0 2008

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Subject: Reply from Wipro Ltd, regarding Case Number **C08 01600 PVT**

Dear Sir,

Attached is the reply I have received from Wipro Ltd., mentioned as Wipro Technologies Inc., in my complaint and summons sent to them. I took legal name of the company from their website and i sent the complaints and summons to their office in CA even though incident happened in CA and MA. I kept this name of Wipro Technologies Inc., after going through their web site http://www.wipro.com that Wipro Technologies Inc., is the consulting arm of the company and I am attaching the printouts from their website showing the proof of this name Wipro Technologies Inc,, but if company says that legal name is Wipro Ltd., i can modify this name into my original complaint. Wipro Ltd. (Wipro Technologies Inc. mentioned in the complaint) was involved in a project with J P Morgan Chase at their Lowell, MA (U.S.A) office (With their onsite Project manager Mahesh Kolari) during my employment there from April 2006 to August 2006. I am also sending a copy of the same to the address of their lawyer (Gregory C. Cheng) mentioned is their reply attached with this letter. After getting an approval from the court and from Wipro Ltd., I will change name in my complaint from Wipro Technologies Inc., to Wipro Ltd.

Please feel free to give me a call if any other information is required.

Thanks & Regards

Anoop Rajkumar
73 Park Drive, Apt # 16
Boston, MA 02215
Tel: 650-331-7324



RSS

WIPRO TECHNOLOGIES

Search wipro.com

# Applied Innovation

### The difference between thought and execution

collaborative delivery models like the Factory Model
to reduce cycle time by 20-30%

IT Services | R&D Services | Technology Infrastructure Services | Consulting | BPO

## Applied Innovation

At Wipro we have fine-tuned the science of viewing innovation through a lens of practicality to design, in our solutions for our customers. Applied Innovation is the ability to infuse newer ideas and newer ways of doing things with all parts of the organization and improve business outcomes, often without major disruptive change. It is a 360 degree view that addresses covering problems, delivery, business and technology innovations that help Wipro to work collaboratively with clients that not take out speed to market and new business opportunities. This approach is backed by a 15 year heritage in providing domain intensive technology solutions and a solid delivery backbone with industry leading incentives and certifications such as CMM Level 5 and SEI CMMi2.

## Infuse Innovation

- Learning the Fine Art of Global Collaboration
- Reshaping IT Costs Via Innovation for Mobile Trust
- Driving Collaboration in a Mature Enterprise Organization
- Jointly Aligning IT Strategies : A Harvard Business School case study
- Organization Assessment Model for Global Software Development
- New Strategies for Product and R&D
- To know how Wipro can work with you to deliver results Download Applied Innovation brochure

### ANALYST REPORTS

**Wipro is a Leader in SAP Implementation Services**. Forrester
Forrester positions Wipro as a Strong Performer in the The Forrester Wave™ : Identity Computing Q3 2006

**Wipro has the potential to become a market leader in NGOSS.** Forrester
Go a step further with Wipro to be a strategic partner driving your business ahead, with the IMS initiative acquisition



## AWARDS

- Wipro won International Institute for Software Testing's software Testing Best Practice Award
- Wipro bags India MAKE Award 2007
- Wipro and Avotek win IT Outsourcing Excellence Award
- Wipro bags CMM Pinnacle Award for Software Solution Leadership
- Wipro IT Services IT Outsourcing Global Excellence Awards

## TESTIMONIALS

Since 2005, Wipro has provided the full range of software engineering functions for our organization software portfolio and its fully integrated into our global team. Over and above jointly developing an engagement Maturity Model which governs and guides the ongoing evolution of the partnership we have developed. We are happy to work with a highly valued partner like Wipro. They understand the functional needs and imperatives of our high quality solutions to our customers.

**Tae Kim**
Director, OPS, Integration and Engineering

Lack of operational efficiency is the biggest bottleneck for Wealth Managers - A Wipro research study reveals
Wealth Managers are outsourcing

**Knowledge**

Innovation financing: An emerging Collaborative Partnerships Networks - A study conducted jointly by Wipro Technologies and Knowledge@Wharton



**WIPRO**
*Applying Thought*

WIPRO TECHNOLOGIES  Search.wipro.com

IT SERVICES
PRODUCT ENGINEERING SOLUTIONS
TECHNOLOGY INFRASTRUCTURE SERVICES
BUSINESS PROCESS OUTSOURCING
CONSULTING SERVICES

About Wipro

Home > About Wipro

**Wipro Technologies is the No.1 provider of integrated business, technology and process solutions on a global delivery platform.**

Wipro Technologies is a global services provider delivering technology-driven business solutions that meet the strategic objectives of our clients. Wipro has 40+ Centers of Excellence that create solutions around specific needs of industries. Wipro delivers unmatched business value to customers through a combination of process excellence, quality frameworks and service delivery innovation. Wipro is the World's first CMM Level 5 certified software services company and the first outside USA to receive the IEEE Software Process Award.

**Fast Facts**

> The largest independent R&D Services provider in the world
> Over half billion revenue from R&D
> Among the top 3 offshore BPO services provider in the world
> A strategic partner to five of the top ten most innovative companies in the world
> Only Indian company to be ranked among the top 10 global outsourcing providers in IAOPs 2006 Global Outsourcing 100 listing



- Analyst Reports
- Case Studies
- White Papers

Subscribe to 'Peer Ping' our monthly newsletter

Request for Information

**Related Links**
> The People and the Power
> The Wipro Management Team
> Awards and Recognition
> Our Communities

**□ WIPRO FACT FILE**

Wipro is the world's largest independent R&D Services Provider. Learn other facts that place Wipro among industry leaders.
more >

**□ CORPORATE GOVERNANCE**

Wipro's corporate governance charter, committees and Board of Directors
more >

**□ LOCATIONS**

Wipro's global network of development centers and sales offices
more >

**□ MANAGEMENT TEAM**

This is the team that defines Wipro's journey with vision and integrity
more >

**□ PEOPLE**

The team that keeps Wipro on the cutting edge of innovation values
more >

**□ ALLIANCES**

Best-in class alliances to deliver best of breed solutions to our clients
more >

**□ FINANCIALS**

Financial analysis statements, annual reports track Wipro's strong growth and performance.
more >

**□ VALUES**

Spirit of Wipro. Intensity to Win, Act with Sensitivity and Unyielding Integrity
more >

**□ RECOGNITION**

Wipro's roll of honour
more >

**□ INFRASTRUCTURE**

Wipro's secure, robust, and agile infrastructure has been rated best in class during client audits
more >

**□ QUALITY**

Wipro is the world's first SEI-CMM Level 5 IT Services company. Customers have benefited from Wipro's quality process maturity.
more >

**□ INNOVATION**

The Wipro way of innovation is really about a deliberate, sustained commitment to innovation. "Innovation is Wipro - Wipro is Innovation"
more >





**Wipro Technologies**

| JOIN WIPRO TECHNOLOGIES | JOIN WIPRO BPO | WIPRO IN CAMPUS | WIPRO ALUMNI | COMMUNICATE WITH US |



Talent Acquisition, Wipro Technologies wins the ERE award for the "Most Effective use of Staffing Metrics"

Click here to know more ▸

Quick Job Search | No Preference | Go



Jobs

 WIPRO WORLD

  WORKING @ WIPRO

To join Wipro
**Register yourself!**



**Consultants**
- Permanent Staffing
- Contract Staffing

 Return India

Calling on M.Sc., Diploma, BCA and B.Sc. Graduates (2007 / 08 batches)

 Rain

If you have '10+ years of experience

Home | Contact Us | Terms of Use  Sitemap

Wipro does not charge any fee at any stage of the recruitment process. Wipro has not authorized any agency/partner to collect any fee for recruitment



1  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  PATRICIA SALAZAR, State Bar No. 249935
   patricia.salazar@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
5  One Market Plaza
   San Francisco, California 94105
6  Telephone:    (415) 442-4810
   Facsimile:    (213) 442-4870
7
   Attorneys for Defendant
8  WIPRO LTD.

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11  ANOOP RAJKUMAR,                          Case No. C08 01600 PVT

12              Plaintiff,                   **DEFENDANT WIPRO LTD.'S
                                             DISCLOSURE STATEMENT PURSUANT
13       v.                                  TO FEDERAL RULE OF CIVIL
                                             PROCEDURE 7.1**
14  CISCO SYSTEMS, INC., WIPRO
15  TECHNOLOGIES, INC., DELOITTE
    CONSULTING LLC, NAVAL MOHTA,
16  VENU DHARMAPURI, KEENY PAUL and
    VARIOUS JOHN DOES,
17
                Defendants.
18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

The undersigned counsel of record for Defendant Wipro Ltd. (erroneously sued as "Wipro Technologies, Inc.") ("Defendant"), certifies that it has no parent corporation, and that there is no publicly held corporation that owns ten percent or more of Defendant's stock.

DATED:  June 13, 2008

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Gregory C. Cheng
Attorneys for Defendant WIPRO LTD.

1                          CASE NO. C08 01600 PVT

DEFENDANT WIPRO LTD.'S DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1

# CERTIFICATE OF SERVICE BY UNITED STATES MAIL

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

     I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

     On June 13, 2008, I served the following document(s) described as: **DEFENDANT WIPRO LTD.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1,** on the persons below as follows:

Anoop Rajkumar, Pro-Se
73 Park Drive, Apt. #16
Boston, MA  02215

     I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐    deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒    placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

     I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐   (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 13, 2008, at San Francisco, California.

Jovania Faamaligi
Type Name                                 Signature

* (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)

1  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  PATRICIA SALAZAR, State Bar No. 249935
   patricia.salazar@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
5  One Market Plaza
   San Francisco, California 94105
6  Telephone:    (415) 442-4810
   Facsimile:    (213) 442-4870
7
   Attorneys for Defendant
8  WIPRO LTD.

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11  ANOOP RAJKUMAR,                        Case No. C08 01600 PVT

12              Plaintiff,                 **DEFENDANT WIPRO LTD.'S NOTICE
                                           OF RELATED CASES PURSUANT TO
13         v.                              LOCAL RULE 3-12**

14  CISCO SYSTEMS, INC., WIPRO
    TECHNOLOGIES, INC., DELOITTE
15  CONSULTING LLC, NAVAL MOHTA,
    VENU DHARMAPURI, KEENY PAUL and
16  VARIOUS JOHN DOES,

17              Defendants.

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                           CASE NO. C08 01600 PVT

1  **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN**

2  **DISTRICT OF CALIFORNIA:**

3        Pursuant to Local Rule 3-12 of this Court, the undersigned, counsel of record for Defendant

4  Wipro Ltd. (erroneously sued as "Wipro Technologies, Inc.") ("Defendant"), certifies that

5  Defendant is aware of no cases that arise from the same events as the instant action, involve the

6  same issues of fact and law, or are likely to require substantial duplication of labor if heard by

7  different judges.

8

9  DATED:  June 13, 2008                OGLETREE, DEAKINS, NASH, SMOAK &
                                     STEWART, P.C.

10

11                                     By: _____

12                                          Gregory C. Cheng
                           Attorneys for Defendant WIPRO LTD.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           CASE NO. C08 01600 PVT

DEFENDANT WIPRO LTD.'S NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 3-12

6420909_1

# CERTIFICATE OF SERVICE BY UNITED STATES MAIL

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

On June 13, 2008, I served the following document(s) described as: **DEFENDANT WIPRO LTD.'S NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 3-12,** on the persons below as follows:

Anoop Rajkumar, Pro-Se
73 Park Drive, Apt. #16
Boston, MA 02215

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐ deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒ placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 13, 2008, at San Francisco, California.

Jovania Faamaligi _____    _____
Type Name                                      Signature

* (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)