**Attorney or Party without Attorney:**
ANOOP RAJKUMAR
73 PARK DRIVE, APT #16
BOSTON, MA 02215
Telephone No: 650-331-7324

**Attorney for:** Plaintiff

Ref. No. or File No.:

**For Court Use Only**

FILED
JUN 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Insert name of Court, and Judicial District and Branch Court:**
UNITED STATES DISTRICT COURT

**Plaintiff:** RAJKUMAR
**Defendant:** CISCO SYSTEMS INC.

## PROOF OF SERVICE OF SUMMONS

| Hearing Date: | Time: | Dept/Div: | Case Number: C0801600 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; DISTRICT COURT HEARING SCHEDULES; ECF REGISTRATION INFORMATION HANDOUT; ELECTRONIC CASE FILING; GENERAL ORDER NO 40; GENERAL ORDER NO. 53; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ADR INFORMATION PACKAGE AND HANDBOOK

3. a. Party served:
   b. Person served: NAVAL MOHTA
   "JANE DOE",
   Middle Eastern, Female, 20 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 115 Pounds

4. Address where the party was served: 530 SEQUOIA DR
   SUNNYVALE, CA 94086

5. I served the party:
   b. by substituted service. On: Fri., Jun. 13, 2008 at: 6:40PM by leaving the copies with or in the presence of:
   "JANE DOE"
   Middle Eastern, Female, 20 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 115 Pounds
   (3) (physical address unknown) Other Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:
   a. VICTOR W. RZEPKA
   b. STERLING MADISON COMPANY
   120 RACE STREET
   SAN JOSE, CA 95126
   c. 408-295-3300, FAX 408-491-9772

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $195.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1175
      (iii) County: Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jun. 16, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE OF SUMMONS**

(VICTOR W. RZEPKA)

3317324.30036

| Attorney or Party without Attorney:<br>ANOOP RAJKUMAR<br>PARK DRIVE, APT #16<br>BOSTON, MA 02215 | | | | For Court Use Only<br><br>**FILED**<br>JUN 20 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|
| Telephone No: 650-331-7324 | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT | | | | |
| Plaintiff: RAJKUMAR<br>Defendant: CISCO SYSTEMS INC, | | | | |
| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0801600 |

1. VICTOR W. RZEPKA, and any employee or independent contractors retained by STERLING MADISON COMPANY are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant NAVAL MOHTA as follows:

2. Documents: Summons; Complaint; District Court Hearing Schedules; Ecf Registration Information Handout; Electronic Case Filing; General Order No 40; General Order No. 53; Notice Of Electronic Availability Of Case File Information; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Order Setting Initial Case Management Conference And Adr Deadlines; Adr Information Package And Handbook.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 05/26/08 | 5:00pm | Home | ADDRESS PROVIDED IS AN APT COMPLEX, NEED UNIT # Attempt made by: MICHAEL L. MATTHEWS. Attempt at: 2200 MONROE STREET SANTA CLARA CA. 95050. |
| Wed | 05/28/08 | 12:00pm | Home | ON HOLD Attempt made by: MICHAEL L. MATTHEWS. Attempt at: 2200 MONROE STREET SANTA CLARA CA. 95050. |
| Wed | 06/04/08 | 3:00pm | Business | CLIENT PROVIDED NEW ADDRESS Attempt made by: VICTOR W. RZEPKA. Attempt at: PHILLIPS 370 WEST TRIMBLE SAN JOSE CA. 95131. |
| Thu | 06/05/08 | 9:55am | Business | SUBJECT IN QUESTION IS NOT EMPLOYED HERE Attempt made by: VICTOR W. RZEPKA. Attempt at: PHILLIPS 370 WEST TRIMBLE SAN JOSE CA. 95131. |
| Thu | 06/12/08 | 8:15pm | Other | There was no answer, no cars, no lights, no sign of life.; Attempt made by: MICHAEL L. MATTHEWS. Attempt at: 530 SEQUOIA DR SUNNYVALE CA. 94086. |
| Thu | 06/12/08 | 9:48pm | Other | There was no answer, no cars, no lights, no sign of life.; Attempt made by: MICHAEL L. MATTHEWS. Attempt at: 530 SEQUOIA DR SUNNYVALE CA. 94086. |
| Fri | 06/13/08 | 3:39pm | Other | Subject was not in.; Attempt made by: VICTOR W. RZEPKA. Attempt at: 530 SEQUOIA DR SUNNYVALE CA. 94086. |

Number 1
Date: Mon, Jun. 16, 2008          **AFFIDAVIT OF REASONABLE DILIGENCE**          3317324.30036

*ney or Party without Attorney:*
ANOOP RAJKUMAR
5 PARK DRIVE, APT #16
BOSTON, MA 02215

*phone No:* 650-331-7324

*Ref. No or File No.:*

*For Court Use Only*

*rt name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT

*Plaintiff:* RAJKUMAR
*Defendant:* CISCO SYSTEMS INC,

**AFFIDAVIT OF REASONABLE DILIGENCE OF SUMMONS**

| Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|
| | | | C0801600 |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/13/08 | 6:40pm | Other | Substituted Service on: NAVAL MOHTA Other - 530 SEQUOIA DR SUNNYVALE, CA. 94086 by Serving: "JANE DOE", Middle Eastern, Female, 20 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 115 Pounds Competent Member of the Household over 18 by leaving a copy of the document(s) with: "JANE DOE" Middle Eastern, Female, 20 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 115 Pounds. Served by: VICTOR W. RZEPKA |

3. *Person Executing*
a. VICTOR W. RZEPKA
b. STERLING MADISON COMPANY
   120 RACE STREET
   SAN JOSE, CA 95126
   408-295-3300, FAX 408-491-9772

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $195.00
e. *I am:* (3) registered California process server
   (i) Independent Contractor
   (ii) *Registration No.:* 1175
   (iii) *County:* Santa Clara

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Number 2
Date: Mon, Jun. 16, 2008

**AFFIDAVIT OF REASONABLE DILIGENCE**    (VICTOR W. RZEPKA)    3317324.30036