1  MORGAN, LEWIS & BOCKIUS LLP
   HOWARD HOLDERNESS, State Bar No. 169814
2  DENNIS J. SINCLITICO, JR., State Bar No. 240260
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: dsinclitico@morganlewis.com
5
   Attorneys for Defendants
6  Cisco Systems, Inc., Venu Dharmapuri, and Kenny Paul
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | ANOOP RAJKUMAR,                         | Case No. C08-01600-PVT
13 |              Plaintiff,                  | **DEFENDANT CISCO SYSTEMS, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**
14 |       vs.                                |
15 | CISCO SYSTEMS, INC., VENU DHARMAPURI, and KENNY PAUL, et al., |
16 |                                          |
17 |              Defendants.                 |

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28
MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE**
2  **NORTHERN DISTRICT OF CALIFORNIA:**
3      The undersigned counsel of record for Defendant Cisco Systems, Inc. ("Cisco") certifies
4  that Cisco has no parent corporation nor does any corporation own more than 10% of Cisco's
5  stock.
6  Dated: June 23, 2008      MORGAN, LEWIS & BOCKIUS LLP

By _____
Dennis J. Sinclitico, Jr.

Attorneys for Defendants
Cisco Systems, Inc., Venu Dharmapuri,
and Kenny Paul