1  MORGAN, LEWIS & BOCKIUS LLP
   HOWARD HOLDERNESS, State Bar No. 169814
2  DENNIS J. SINCLITICO, JR., State Bar No. 240260
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001
   E-mail:  dsinclitico@morganlewis.com
5
   Attorneys for Defendants
6  Cisco Systems, Inc., Venu Dharmapuri, and Kenny
   Paul
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  ANOOP RAJKUMAR,                      Case No. C08-01600-PVT

13              Plaintiff,               **DEFENDANTS CISCO SYSTEMS, INC.,
                                         VENU DHARMAPURI, AND KENNY**
14        vs.                            **PAUL'S CERTIFICATION PURSUANT TO
                                         CIVIL LOCAL RULE 3-16**
15  CISCO SYSTEMS, INC., VENU
    DHARMAPURI, and KENNY PAUL, et
16  al.,

17              Defendants.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7718638.1        CERTIFICATION PURSUANT TO LOCAL        CASE NO. C08-01600-PVT
                              RULE 3-16

1    **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE**

2    **NORTHERN DISTRICT OF CALIFORNIA:**

3         Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than

4    the named parties, there is no such interest to report.

5    Dated: June 23, 2008                    MORGAN, LEWIS & BOCKIUS LLP

6

7                                          By _____

8                                             Dennis J. Sinofilico, Jr.

9                                             Attorneys for Defendants
                                             Cisco Systems, Inc., Venu Dharmapuri,
10                                            and Kenny Paul

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7718638.1          CERTIFICATION PURSUANT TO LOCAL
                        RULE 3-16          CASE NO. C08-01600-PVT