THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
PATRICIA SALAZAR, State Bar No. 249935
patricia.salazar@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:   (415) 442-4810
Facsimile:   (213) 442-4870

JOSIAH M. BLACK (Admitted *Pro Hac Vice*, MA BBO #632690)
jblack@belloblack.com
BELLO BLACK & WELSH, LLP
One Exeter Plaza
Boston, Massachusetts 02116
Telephone:   (617) 247-4100
Facsimile:   (617) 247-4125

Attorneys for Defendant
WIPRO LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANOOP RAJKUMAR,<br><br>                    Plaintiff,<br><br>     v.<br><br>CISCO SYSTEMS, INC., WIPRO TECHNOLOGIES, INC., DELOITTE CONSULTING LLC, NAVAL MOHTA, VENU DHARMAPURI, KEENY PAUL and VARIOUS JOHN DOES,<br><br>                    Defendants. | Case No. C08 01600 PVT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WIPRO LTD.'S MOTION TO DIMISS ALL COUNTS OF THE COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**<br><br>Date:       August 5, 2008<br>Time:       10:00 a.m.<br>Location:   Courtroom 5, 4th Floor |

///

///

///

///

///

///

CASE NO. C08 01600 PVT

[PROPOSED] ORDER GRANTING DEFENDANT WIPRO LTD.'S MOTION TO DISMISS ALL COUNTS OF THE COMPLAINT, OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

6456056_2

1  The Motion of Defendant Wipro Ltd. ("Wipro") came on regularly for hearing before this
2 Court on August 5, 2008, at 10:00 a.m., in Courtroom 5, 4th Floor, the Honorable Patricia V.
3 Trumbull presiding.  Counsel for Wipro and Plaintiff Anoop Rajkumar ("Plaintiff"), *Pro Se*,
4 appeared before this Court on said date and at said time.
5  After full consideration of the evidence, the authorities submitted by the parties, and oral
6 argument, the Court finds that good cause exists to dismiss Counts I, II, III, V, and VI of the
7 Complaint, as to Wipro, because Plaintiff's Complaint fails to state claims for which relief can be
8 granted.
9  **IT IS THEREFORE ORDERED THAT** the Motion to Dismiss Counts I, II, III, V, and
10 VI as to Wipro is GRANTED.
11  **IT IS SO ORDERED**.
12
13 DATED: _____    By: _____
         The Honorable Patricia V. Trumbull
14         United States Magistrate Judge

2                                         CASE NO. C08 01600 PVT
[PROPOSED] ORDER GRANTING DEFENDANT WIPRO LTD.'S MOTION TO DISMISS ALL COUNTS OF
THE COMPLAINT, OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

6456056_2

**CERTIFICATE OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

    On June 24, 2008, I served the following document(s) described as: **[PROPOSED] ORDER GRANTING DEFENDANT WIPRO LTD.'S MOTION TO DIMISS ALL COUNTS OF THE COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT,** on the persons below as follows:

Anoop Rajkumar, Pro-Se
73 Park Drive, Apt. #16
Boston, MA  02215

    I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐     deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒     placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

    I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐   (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)     I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 24, 2008, at San Francisco, California.

Jovania Faamaligi
Type Name                                                 Signature

* (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)