1  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  PATRICIA SALAZAR, State Bar No. 249935
   patricia.salazar@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
5  One Market Plaza
   San Francisco, California 94105
6  Telephone:    (415) 442-4810
   Facsimile:    (213) 442-4870
7
   JOSIAH M. BLACK (Admitted *Pro Hac Vice*, MA BBO #632690)
8  jblack@belloblack.com
   BELLO BLACK & WELSH, LLP
9  One Exeter Plaza
   Boston, Massachusetts 02116
10 Telephone:    (617) 247-4100
   Facsimile:    (617) 247-4125
11
   Attorneys for Defendant
12 WIPRO LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANOOP RAJKUMAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC., WIPRO TECHNOLOGIES, INC., DELOITTE CONSULTING LLC, NAVAL MOHTA, VENU DHARMAPURI, KEENY PAUL and VARIOUS JOHN DOES,<br><br>　　　　　Defendants. | Case No. C08 01600 PVT<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

///

///

///

///

///

///

1  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
2  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
3  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
4  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

5

6  DATED:  June 24, 2008                    THOMAS M. McINERNEY
7                                           GREGORY C. CHENG
                                             PATRICIA SALAZAR
8                                           OGLETREE, DEAKINS, NASH, SMOAK &
                                             STEWART, P.C.
9

10                                          JOSIAH M. BLACK
                                             BELLO BLACK & WELSH LLP
11

12

13                                          By:    /s/ Gregory C. Cheng
                                                        Gregory C. Cheng
14                                          Attorneys for Defendant
                                             WIPRO LTD.
15

**CERTIFICATE OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

     I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

     On June 24, 2008, I served the following document(s) described as: **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE,** on the persons below as follows:

Anoop Rajkumar, Pro-Se
73 Park Drive, Apt. #16
Boston, MA  02215

     I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐    deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒    placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

     I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐   (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 24, 2008, at San Francisco, California.

Jovania Faamaligi
Type Name                                                    Signature

* (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)