PATRICIA K. GILLETTE
pgillette@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
Delloitte Consulting, LLP

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANOOP RAJKUMAR,<br><br>             Plaintiff,<br><br>     v.<br><br>CISCO SYSTEMS, INC., WIPRO TECHNOLOGIES, INC., DELOITTE CONSULTING LLC, NAVEL MOHTA, VENU DHARMAPURI, KENNY PAUL and VARIOUS JOHN DOES,<br><br>             Defendants. | Case No. C08 01600 PVT<br>UNLIMITED JURISDICTION<br><br>**DEFENDANT DELOITTE CONSULTING LLP'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed: March 24, 2008 |

Defendant Deloitte Consulting LLP ("Defendant"), identified by Plaintiff as "Deloitte Consulting LLC," responds to the Complaint filed by Plaintiff Anoop Rajkumar ("Plaintiff") as follows:

## JURISDICTION

1.     The allegations are legal conclusions containing no factual allegations and, thus, Defendant is not required to admit or deny the allegations in paragraph 1 of Plaintiff's Complaint.

2.     The allegations are legal conclusions containing no factual allegations and, thus, Defendant is not required to admit or deny the allegations in paragraph 2 of Plaintiff's

- 1 -

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF:
Case No. C08 01600 PVT

OHS West:260465535.1

Complaint.

## PARTIES

3.     Defendant is without sufficient information and belief to admit or deny the allegations contained in paragraph 3 of Plaintiff's complaint and on that basis denies each and every allegation thereof.

4.     Defendant is without sufficient information and belief to admit or deny the allegations contained in paragraph 4 of Plaintiff's complaint and on that basis denies each and every allegation thereof.

5.     Defendant is without sufficient information and belief to admit or deny the allegations contained in paragraph 5 of Plaintiff's complaint and on that basis denies each and every allegation thereof.

6.     Defendant admits and avers that Deloitte Consulting LLP is a limited liability partnership organized under the laws of the state of Delaware and maintains a place of business located in Alameda County, California. Except as so expressly admitted and averred, Defendant denies each and every allegation in paragraph 6 of Plaintiff's Complaint.

7.     Defendant is without sufficient information and belief to admit or deny the allegations contained in paragraph 7 of Plaintiff's complaint and on that basis denies each and every allegation thereof.

8.     Defendant is without sufficient information and belief to admit or deny the allegations contained in paragraph 8 of Plaintiff's complaint and on that basis denies each and every allegation thereof.

9.     Defendant is without sufficient information and belief to admit or deny the allegations contained in paragraph 9 of Plaintiff's complaint and on that basis denies each and every allegation thereof.

10.    Defendant is without sufficient information and belief to admit or deny the allegations contained in paragraph 10 of Plaintiff's complaint and on that basis denies each and every allegation thereof.

11.     Defendant is without sufficient information and belief to admit or deny the allegations contained in paragraph 11 of Plaintiff's complaint and on that basis denies each and every allegation thereof.

12.     Defendant is without sufficient information and belief to admit or deny the allegations contained in paragraph 12 of Plaintiff's complaint and on that basis denies each and every allegation thereof.

13.     Defendant denies each and every allegation contained in paragraph 13 of Plaintiff's Complaint.

14.     Defendant denies each and every allegation contained in paragraph 14 of Plaintiff's Complaint.

### COUNT 1 – 18 U.S.C. SECTION 2520

15. – 18.     The allegations contained in this count are not plead against this Defendant.

### COUNT II – INVASION OF PRIVACY

19. – 21.     Defendant incorporates by reference its admissions and denials form paragraphs 1-18 herein. The allegations contained in this count are not plead against Defendant.

### COUNT III – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

22. – 24.     Defendant incorporates by reference its admissions and denials form paragraphs 15, 16, 17 and 18 herein. The allegations contained in this count are not plead against this Defendant.

### COUNT IV – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (DELOITTE)

25.     Defendant denies each and every allegation contained in paragraph 25 of Plaintiff's Complaint.

26.     Defendant denies each and every allegation contained in paragraph 26 of Plaintiff's Complaint.

## COUNT V - TRESPASS

27. – 29.  Defendant incorporates by reference its admissions and denials form paragraphs 16, 17 and 18 herein. The allegations contained in this count are not plead against this Defendant.

## COUNT VI - DEFAMATION

30. – 33.  Defendant incorporates by reference its admissions and denials form paragraphs 1 – 29 herein. The allegations contained in this count are not plead against this Defendant 31. Defendant denies each and every allegation contained in paragraph 31 of Plaintiff's Complaint.

## COUNT VII – JOB LOSS

34.  Defendant incorporates by reference its admissions and denials form paragraphs 1 – 33 herein.

35.  Defendant denies each and every allegation contained in paragraph 35 of Plaintiff's Complaint.

36.  Defendant denies each and every allegation contained in paragraph 36 of Plaintiff's Complaint.

37.  Defendant denies each and every allegation contained in paragraph 37 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses to Plaintiff's Complaint:

## FIRST AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

1.  Plaintiff lacks capacity or standing to bring this action against Defendant.

## SECOND AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF:
Case No. C08 01600 PVT

OHS West:260465535.1

2.  Plaintiff failed to state facts sufficient to constitute a cause of action.

## THIRD AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

3.  Plaintiff's claims are subject to the exclusive jurisdiction of the Workers' Compensation laws of the State of California.

## FOURTH AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

Plaintiff failed, in whole or in part, to exhaust his administrative remedies in a timely manner and/or the grievance procedures applicable to the disputes alleged in Plaintiff's Complaint.

## FIFTH AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

5.  Plaintiff's claims are barred by the applicable statute of limitations, including but not limited to California Code of Civil Procedure Sections 338, 339, and 340.

## SIXTH AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

6.  Plaintiff's claims are barred by the managerial privilege.

## SEVENTH AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

7.  Plaintiff's damages, the fact and extent of which are expressly denied, were proximately caused by intervening, superseding and/or supervening acts or omissions for which Defendant has no liability, or the acts or omissions of third parties. Defendant's

- 5 -

performance under the alleged contract, if any, was excused and prevented within the meaning of Cal. Civ. Code Section 1511.

## EIGHTH AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

8. Defendant exercised reasonable care to prevent and correct promptly any alleged unlawful behavior and Plaintiff failed to take advantage of preventive and corrective opportunities offered by Defendant and/or otherwise to avoid harm.

## NINTH AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, waiver and/or estoppel.

## TENTH AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

10. Plaintiff's recovery, if any, of economic damages based upon the Complaint and each purported cause of action therein must be offset by other income and benefits that Plaintiff receives.

## ELEVENTH AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

11. Plaintiff has failed to take steps to mitigate his damages.

## TWELFTH AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

///

12. Defendant's actions were for a legitimate business purpose necessary for the safe and efficient operation of the Plans.

### THIRTEENTH AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

13. Defendant exercised reasonable care to prevent and correct promptly any alleged unlawful behavior and Plaintiff failed to take advantage of preventive and corrective opportunities offered by Defendant and/or otherwise to avoid harm.

### FOURTEENTH AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

14. All of the alleged acts and conduct of Defendant of which Plaintiff complains were privileged and/or justified.

### FIFTEENTH AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

15. Any and all acts, occurrences and damages alleged or referred to in the Complaint were proximately caused by the bad faith of Plaintiff in that Plaintiff failed to deal fairly, honestly and reasonably with Defendant; therefore, the comparative bad faith of Plaintiff reduces his right to recover, if any, by the amount which his bad faith contributed to the damages alleged.

### SIXTEENTH AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's Fourth and Seventh Claims for Relief, Defendant alleges:

16. Plaintiff has failed, and continues to fail, to take reasonable steps to mitigate his damages.

///

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF:
Case No. C08 01600 PVT

OHS West:260465535.1

## CLAIM FOR PUNITIVE DAMAGES

## SEVENTEENTH AFFIRMATIVE DEFENSE

As and for an affirmative defense to Plaintiff's claim for punitive damages, Defendant alleges:

17. Plaintiff is not entitled to recover such damages.

WHEREFORE Defendant prays:

1. That Plaintiff's Complaint be dismissed in its entirety;
2. That Plaintiff take nothing by his Complaint;
3. That Defendant be awarded attorneys' fees and its costs of suit; and
4. That Defendant be granted such other and further relief as this Court may deem appropriate.

Dated: June 30, 2008

PATRICIA K. GILLETTE
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
PATRICIA K. GILLETTE
Attorneys for Defendant
DELOITTE CONSULTING LLP

- 8 -

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF:
Case No. C08 01600 PVT

OHS West:260465535.1