PATRICIA K. GILLETTE
pgillette@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Defendant
Delloitte Consulting, LLP

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANOOP RAJKUMAR,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., WIPRO TECHNOLOGIES, INC., DELOITTE CONSULTING LLC, NAVEL MOHTA, VENU DHARMAPURI, KENNY PAUL and VARIOUS JOHN DOES,<br><br>Defendants. | Case No. C08 01600 PVT<br>UNLIMITED JURISDICTION<br><br>**CERTIFICATE OF SERVICE RE DEFENDANT DELOITTE CONSULTING LLP'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed: March 24, 2008 |

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. I hereby certify that this document(s):

**DEFENDANT DELOITTE CONSULTING LLP'S ANSWER TO PLAINTIFF'S COMPLAINT**

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 30, 2008 (see attached Notice of Electronic

- 1 -

1  Filing).

2  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on June 30, 2008, at San Francisco, California.

_____
Rebecca B. Mance

CERTIFICATE OF SERVICE RE DEFENDANT DELOITTE CONSULTING LLP'S ANSWER TO PLAINTIFF'S COMPLAINT    CASE NO. C08 01600 PVT

OHS West:260465606.1

## Answers to Complaints
5:08-cv-01600-PVT Rajkumar v. Cisco Systems, Inc. et al
ADRMOP, E-Filing, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Gillette, Patricia entered on 6/30/2008 4:37 PM and filed on 6/30/2008
**Case Name:**      Rajkumar v. Cisco Systems, Inc. et al
**Case Number:**    5:08-cv-1600
**Filer:**          Deloitte Consulting, LLC
**Document Number:** 29

**Docket Text:**
**DEFENDANT DELOITTE CONSULTING LLP'S ANSWER to Complaint byDeloitte Consulting, LLC. (Gillette, Patricia) (Filed on 6/30/2008)**

**5:08-cv-1600 Notice has been electronically mailed to:**

Josiah M. Black , Esq    jblack@mintz.com

Gregory Clement Cheng    gregory.cheng@ogletreedeakins.com, faamalsr@ogletreedeakins.com

Patricia K. Gillette    pgillette@orrick.com, pdawson@orrick.com

Howard Holderness , III    hholderness@morganlewis.com, cgreenblatt@morganlewis.com

Thomas Michael McInerney    tmm@ogletreedeakins.com, faamalsr@ogletreedeakins.com

Dennis John Sinclitico , Jr    DSinclitico@morganlewis.com

**5:08-cv-1600 Notice has been delivered by other means to:**

Anoop Rajkumar
73 Park Avenue
#16
Boston, MA 02215

Patricia Salazar
Ogletree Deakins Nash Smoak & Stewart, PC
Stuart Tower
One Market Plaza
Suite 1300
San Francisco, CA 94105

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** P:\SFOffice\RBM Scanned\RajkumarAnswer.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=6/30/2008] [FileNumber=4499775-0]

[8ee3945beac72e31718c294012abf072103a8c7c7e52a3d3cec21dde671becf486a09
1952ba9698cd2626067e66b1fa0b19705506c7c83b7bb1b6fbf4a20abf4]]