1  MORGAN, LEWIS & BOCKIUS LLP
   HOWARD HOLDERNESS, State Bar No. 169814
2  DENNIS J. SINCLITICO, JR., State Bar No. 240260
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001
   E-mail:  dsinclitico@morganlewis.com
5
   Attorneys for Defendants
6  Cisco Systems, Inc., Venu Dharmapuri, and Kenny
   Paul
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  ANOOP RAJKUMAR,                     Case No. C08-01600-PVT

13              Plaintiff,              **DECLARATION OF DENNIS J.
                                        SINCLITICO IN SUPPORT OF NOTICE OF
14       vs.                            MOTION, MOTION, AND MEMORANDUM
                                        OF POINTS AND AUTHORITIES IN
15  CISCO SYSTEMS, INC., VENU           SUPPORT OF  DEFENDANTS CISCO
    DHARMAPURI, and KENNY PAUL, et      SYSTEMS, INC., VENU DHARMAPURI,
16  al.,                                AND KENNY PAUL'S MOTION TO
                                        CONTINUE CASE MANAGEMENT
17              Defendants.             CONFERENCE FROM JULY 15, 2008**

18                                      UNOPPOSED

19

20       I, Dennis J. Sinclitico, Jr., declare:

21       1.    I am an attorney at Morgan, Lewis & Bockius LLP ("Morgan Lewis"), attorneys

22  of record for Defendants Cisco Systems, Inc., Venu Dharmapuri, and Kenny Paul ("Cisco

23  Defendants").  I am licensed to practice before all of the Courts of the State of California.  I have

24  personal knowledge of the following facts.   If called as a witness to testify at hearing in this

25  matter, I could and would testify competently to the facts set forth in this declaration.

26       2.    On June 19, 2008, I received an email from Mr. Rajkumar in which he wrote "In

27  that case I will agree to moving the Case Management Conference to August 5th, 2008."  A true

28  and correct copy of that email is attached hereto as **Exhibit A.**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.    After filing a motion to dismiss on behalf of Cisco Defendants, I contacted Mr. Rajkumar to inquire about his willingness to continue the CMC to the date of the hearing on the motion to dismiss.

4.    On June 23rd, I sent Mr. Rajkumar a stipulation and proposed order memorializing the agreement to continue the CMC.

5.    After I did not receive any response from Mr. Rajkumar, I attempted to contact Mr. Rajkumar by email and telephone, finally reaching him on July 2nd.

6.    On July 2nd, Mr. Rajkumar advised that he would not object continuing the CMC to August 5th, as we previously agreed.

7.    During that conversation, Mr. Rajkumar advised that he was unwilling to sign the stipulation to file with the Court.

8.    I again attempted to contact Mr. Rajkumar and left him a message asking him to reconsider his position.

9.    As of this writing, I have received no further response from Mr. Rajkumar.

10.    I have spoken with counsel for Defendants Wipro and Deloitte Consulting. Both of them have agreed to continue the Case Management Conference to August 5, 2008.

11.    The CMC should be continued to avoid requiring the parties to appear twice in a two week period. Further, given Mr. Rajkumar's prior statement that he would agree to the continuance, the parties are now left without sufficient time to complete the Court's meet and confer and disclosure requirements in a timely fashion.

12.    I obtained written confirmation from Mr. Rajkumar that he would agree to move the CMC to August 5th. Mr. Rajkumar refused to provide any explanation as to why he refused to execute the stipulation memorializing that agreement. Mr. Rajkumar has advised that he did not object to the continuance. Counsel for Wipro and Deloitte Consulting have both agreed to the proposed continuance.

13.    There are four separate groups of defendants in this matter: Cisco Defendants, Wipro, Deloitte Consulting, and individual Naval Mohta (who has not yet appeared). The interests of judicial economy are not served by requiring representatives of all of these parties to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  appear twice in the span of less than two weeks.  Moreover, given Mr. Rajkumar's prior
2  agreement to continue the CMC, the parties do not have sufficient time to complete the Court's
3  pre-CMC meet and confer requirements.

4           14.     There have been no prior time modifications in the case.

5           15.     Given that the requested continuance is less than three weeks, the requested
6  modification will have a negligible effect on the schedule for the case.

7

8           Executed this 2nd day of July, 2008 at San Francisco, California.

9

10

11                                          DENNIS J. SINCLITICO, JR.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



| | |
|---|---|
| "anoop rajkumar" <anooprajkumar@hotmail.com> | To "Dennis J. Sinclitico Jr." <dsinclitico@morganlewis.com>, anooprajkumar@yahoo.com |
| | cc |
| 06/19/2008 10:39 AM | bcc |
| | Subject RE: Rajkumar v. Cisco et al |

History:    🗐 This message has been replied to.

Mr Dennis,

In that case i will agree to moving **Case Management Confrence** to August 5th 2008 because i will not be available due to prior engagement in that period. I will forward copy of this letter to Clerk's office in district court and i expect that you will make necessary arrangement for this, including informing this to other relevant parties.

Pls contact me at 650-331-7324 or 408-476-1305 for further information.


Thanks and Regards


Anoop Rajkumar
73 Park Drive, Apt # 16
Boston, MA -02215

> To: anooprajkumar@hotmail.com
> Subject: RE: Rajkumar v. Cisco et al
> From: dsinclitico@morganlewis.com
> Date: Wed, 18 Jun 2008 17:38:56 -0700
>
>
> Mr. Rajkumar-
> There are certain items about which we need to meet and confer, pursuant to the Federal Rules of
> Civil Procedure and the Court's Local Rules. We need to conduct this meet and confer prior to
> June 24th. Please let me know of a convenient time for us to speak.
>
> Regards,
>
> Dennis J. Sinclitico
> Morgan, Lewis & Bockius LLP
> One Market Plaza
> Spear Street Tower
> San Francisco, CA 94105
> tel- 415.442.1197
> fax- 415.442.1001
> dsinclitico@morganlewis.com
> www.morganlewis.com


"anoop rajkumar" <anooprajkumar@hotmail.com> 06/18/2008 05:32
PM

To "Dennis J. Sinclitico Jr."

&lt;dsinclitico@morganlewis.com&gt;

cc

Subjec RE: Rajkumar v. Cisco et al
t

Dear Sir

I am in receipt of your below email and let me confirm that i am agreeable to the date Honorable
Judge has set for Case management conference that is July 15th. I will be there on that data and
time and we can discuss it further over there.

I will send the copy of this communication to the clerk's office in district court. My telephone
number is same 650-331-7324 or 408-476-1305, pls let me know if you need more information.

Thanks & Regards

Anoop Rajkumar
73 Park Drive, Apt # 16
Boston, MA 02215


Subject: Rajkumar v. Cisco et al
To: anooprajkumar@hotmail.com
From: dsinclitico@morganlewis.com
Date: Tue, 17 Jun 2008 15:14:32 -0700


Dear Mr. Rajkumar,
    My office represents Cisco Systems, Inc., Venu Dharmapuri, and Kenny Paul.  Please be
advised that we are in the process of preparing a motion to dismiss the complaint.  Pursuant to the
Court's standing order regarding case management, we are required to meet and confer with you
to confirm whether a hearing date of August 5, 2008 will cause undue prejudice to you.  Please
advise whether this date is agreeable with you.

    Also, please advise whether you are agreeable to moving the date of the case management
conference, currently on calendar for July 15, 2008 to August 5, 2008.  If we request a continued
case management conference, we will need to provide the Court with a stipulation advising that
we have agreed to the continued date.  I will prepare and forward that stipulation to you if you are
agreeable to moving the date of case management conference.

    Please advise whether August 5th is a convenient date for the hearing for the motion to
dismiss and whether you are agreeable to moving the case management conference to that date.

Regards,

Dennis J. Sinclitico
Morgan, Lewis & Bockius LLP
One Market Plaza
Spear Street Tower
San Francisco, CA 94105
tel- 415.442.1197
fax- 415.442.1001
dsinclitico@morganlewis.com
www.morganlewis.com
DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.


DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.


The i'm Talkathon starts 6/24/08.  For now, give amongst yourselves. Learn More
DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.


Earn cashback on your purchases with Live Search - the search that pays you back! Learn More