MORGAN, LEWIS & BOCKIUS LLP
HOWARD HOLDERNESS, State Bar No. 169814
DENNIS J. SINCLITICO, JR., State Bar No. 240260
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dsinclitico@morganlewis.com

Attorneys for Defendants
Cisco Systems, Inc., Venu Dharmapuri, and Kenny Paul

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANOOP RAJKUMAR,<br><br>    Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., VENU DHARMAPURI, and KENNY PAUL, et al.,<br><br>    Defendants. | Case No. C08-01600-PVT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CISCO SYSTEMS, INC., VENU DHARMAPURI, AND KENNY PAUL'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><u>UNOPPOSED</u> |

Having considered the motion of Defendants Cisco Systems, Inc., Venu Dharmapuri, and Kenny Paul and the Declaration of Dennis Sinclitico submitted in support thereof, and good cause having been shown,

Defendant Cisco System, Inc., Venu Dharmapuri, and Kenny Paul's Motion to Continue Case Management Conference is **GRANTED**;

The Case Management Conference previously on calendar for July 15, 2008 is hereby

/ / /

/ / /

/ / /

/ / /

1 | continued to August 5, 2008 at _____ in Courtroom 5 at 280 S. 1st St., San Jose, California.

2 | **IT IS SO ORDERED.**

4 | Dated: _____

_____
Honorable Patricia Trumbull
Magistrate Judge of the Northern District of
California, United States District Court