United States District Court
Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Rajkumar, | 08-01600 PVT |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Cisco Systems, Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**

1   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2   to an e-mail directed to adr@cand.uscourts.gov.

3

4        It is the responsibility of counsel to schedule an ADR Phone Conference, if

5   required, to occur <u>before</u> the Case Management Conference.

6

7

8   Dated: July 3, 2008

9                                          RICHARD W. WIEKING
                                           Clerk
10                                         by:    Timothy J. Smagacz

11                                         *Timothy Smagacz*

12                                         _____
                                           ADR Administrative Assistant
13                                         415-522-4205
                                           Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**PROOF OF SERVICE**

Case Name:           Rajkumar v. Cisco Systems, Inc.

Case Number:      08-01600 PVT

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 3, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Anoop Rajkumar
> 73 Park Avenue
> #16
> Boston, MA 02215
>
> Howard Holderness III
> Morgan, Lewis & Bockius LLP
> One Market Plaza
> Spear Tower
> San Francisco, CA 94105
> hholderness@morganlewis.com
>
> Dennis John Sinclitico Jr.
> Morgan Lewis & Bockius LLP
> One Market
> Spear Tower
> San Francisco, CA 94105
> DSinclitico@morganlewis.com
>
> Thomas Michael McInerney
> Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Steuart Tower
One Market Plaza
Suite 1300
San Francisco, CA 94105
tmm@ogletreedeakins.com

Gregory Clement Cheng
Ogletree Deakins, Nash Smoak & Stewart P.C.
Stuart Tower
One Market Plaza
Suite 1300
San Francisco, CA 94105
gregory.cheng@ogletreedeakins.com

Patricia Salazar
Ogletree Deakins Nash Smoak & Stewart, PC
Stuart Tower
One Market Plaza
Suite 1300
San Francisco, CA 94105

Josiah M. Black Esq.
Bello Black & Welsh LLP
One Exeter Plaza
699 Boylston Street, 10th Floor
Boston, MA 02116
jblack@mintz.com

Patricia K. Gillette
Orrick Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105-2669
pgillette@orrick.com

Venu Dharmapuri
,

Kenny Paul
,

Various John Does
,

Naval Mohta

,

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 3, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov