UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANOOP RAJKUMAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CISCO SYSTEMS, INC., et al.,<br><br>　　　　　Defendants. | Case No.: C 08-1600 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND**<br><br>**SETTING DEADLINE FOR PARTIES TO FILE EITHER CONSENT OR ELSE REQUEST FOR REASSIGNMENT** |

　　　　On July 2, 2008, Defendants Cisco Systems, Inc., Venu Dharmapuri and Kenny Paul ("the Cisco Defendants") filed a motion to continue the Case Management Conference.[1] The Cisco Defendants represent that Plaintiff does not object to the continuance and that each of the other parties who have appeared agree to the continuance. Based on moving papers and the file herein,

　　　　IT IS HEREBY ORDERED that the Case Management Conference is continued to August 5, 2008. The parties shall file their joint Case Management Conference Statement no later than July 29, 2008.

　　　　IT IS FURTHER ORDERED that, no later than July 22, 2008, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  else a "Declination to Proceed Before a United States Magistrate Judge and Request for
2  Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)
3  section of the court's website at www.cand.uscourts.gov.
4  Dated: *July 3, 2008*

    /s/ Patricia V. Trumbull
    PATRICIA V. TRUMBULL
    United States Magistrate Judge

1

2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4  copies mailed on    7/7/08           to:

5  Anoop Rajkumar
   73 Park Ave., #16
6  Boston, MA  02215

7

8                                              /s/  Donna Kirchner                for
                                               CORINNE LEW
                                               Courtroom Deputy
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28