UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Anoop Rajkumar

                         Plaintiff(s),

                         v.

Cisco Systems, Inc., Wipro Technologies,
Inc., Deloitte Consulting LLP, et al.

                         Defendant(s).
_____/

CASE NO. 08-01600-PVT

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

           have not yet reached an agreement to an ADR process
✓      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference August 5th, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Dennis Sinclitico | Cisco, K. Paul, V. Dharmapuri | 415-442-1197 | dsinclitico@morganlewis.com |
| Patricia Gillete | Deloitte Consulting | 415-773-5773 | pgillette@orrick.com |
| Josiah (Josh) Black | Wipro Technologies | 617-247-4123 | jblack@belloblack.com |
| Anoop Rajkumar | Anoop Rajkumar | 650-331-7324 | anoopajkumar@hotmail.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                                                 Attorney for Plaintiff

Dated:_____

                                                                 Attorney for Defendant

Rev 12.05

DATED: _____	ANOOP RAJKUMAR
	Plaintiff, Pro Se

DATED: July 10, 2008	_____
	DENNIS SINCLITICO
	Attorney for Cisco Systems, Inc.
	    Kenny Paul
	    Venu Dharmapuri

DATED: July 14, 2008	_____
	JOSIAH (JOSH) BLACK
	Attorney for Wipro Technologies

DATED: 7/14/08	_____
	PATRICIA GILLETE
	Attorney for Deloitte Consulting

DATED: July 15, 2008

_[signature]_
ANOOP RAJKUMAR
Plaintiff, Pro Se

DATED: July 10, 2008

_[signature]_
DENNIS SINCLITICO
Attorney for Cisco Systems, Inc.
    Kenny Paul
    Venu Dharmapuri

DATED: _____

_____
JOSIAH (JOSH) BLACK
Attorney for Wipro Technologies

DATED: _____

_____
PATRICIA GILLETE
Attorney for Deloitte Consulting