To
Clerk's Office
United States District Court
Northern District Of California
280 South 1st Street
San Jose, CA -95113

Date: 07/21/2008

**FILED**

JUL 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Subject:** Change of Address for Plaintiff in Case No. C 08-1600 PVT

Dear Sir,

Please update my new address in your record for all future correspondence related with the above case.

Anoop Rajkumar
4611 Deerwatch Drive
Chantilly, VA 20151
Tel: 650-331-7324


Thanks & Regards


Anoop Rajkumar
73 Park Drive, Apt # 16
Boston, MA 02215
Tel: 650-331-7324

CC:   1. Josiah M. Black, Esq.
         Bello Black & Welsh LLP
         One Exeter Plaza
         699 Boylston Street, 10th Floor
         Boston, MA 02116

      2. Dennis John Sinclitico, Jr.
         Morgan Lewis & Bockius LLP
         One Market, Spear Tower
         San Francisco, CA 94105

      3. Patricia K. Gillette
         Orrick Herrington & Sutcliffe LLP
         405 Howard Street
         San Francisco, CA 94105-2669