1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANOOP RAJKUMAR,

        Plaintiff(s),

   v.

CISCO SYSTEMS, INC., et al.,

        Defendant(s).
_____/

No. C 08-1600 PVT

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 25 JULY 2008

/s/ Patricia K. Gillette
Signature

Counsel for DELOITTE CONSULTING LLC
(Plaintiff, Defendant or indicate "pro se")