1  MORGAN, LEWIS & BOCKIUS LLP
   HOWARD HOLDERNESS, State Bar No. 169814
2  DENNIS J. SINCLITICO, JR., State Bar No. 240260
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: dsinclitico@morganlewis.com
5
   Attorneys for Defendants
6  Cisco Systems, Inc., Venu Dharmapuri, and Kenny
   Paul
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | ANOOP RAJKUMAR,                    | Case No. C08-01600-PVT
13 |         Plaintiff,                 | **RULE 26(f) REPORT**
14 |     vs.                            |
15 | CISCO SYSTEMS, INC., VENU          |
   | DHARMAPURI, and KENNY PAUL, et     |
16 | al.,                               |
17 |         Defendants.                |

PURSUANT TO Federal Rule of Civil Procedure 26, Defendants Cisco Systems, Inc. ("Cisco"), Kenny Paul, Venu Dharmapuri, Deloitte Consulting LLP ("Deloitte"), and Wipro Technologies ("Wipro") (collectively, "Defendants") and Plaintiff Anoop Rajkumar (collectively, "the Parties") met and conferred and hereby submit this report in advance of the Case Management Conference currently on calendar for August 5, 2008. Defendant Naval Mohta recently filed an answer with the Court. As of this writing, his attorney has not responded to counsel's attempts to speak with him.

1.      The Parties agreed to exchange initial disclosures within 14 days after all defendants have answered the complaint. The Parties agreed that written discovery will

1  commence within 30 days after all defendants have answered the complaint.

2      2.    At this time, the parties do not believe discovery needs to be conducted in phases.

3      3.    At this time, the parties believe that producing any relevant, electronically stored information in hard copy form will be the most efficient means for production.

5      4.    The parties are not aware of any unusual claims of privilege or of protection.

6      5.    The parties do not presently anticipate any need for limiting discovery as set forth in the Federal Rules of Civil Procedure and Local Rules of Court.

DATED: 07/23/08

_____
ANOOP RAJKUMAR

Plaintiff, Pro Se

Dated: July 17, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____
Dennis J. Sinclitico, Jr.

Attorneys for Defendants
Cisco Systems, Inc., Venu Dharmapuri, and
Kenny Paul

BELLO, BLACK & WELSH LLP

DATED: _____

_____
JOSIAH (JOSH) BLACK

Attorney for Wipro Technologies

///
///
///
///

1 | commence within 30 days after all defendants have answered the complaint.
2 |     2. At this time, the parties do not believe discovery needs to be conducted in phases.
3 |     3. At this time, the parties believe that producing any relevant, electronically stored
4 | information in hard copy form will be the most efficient means for production.
5 |     4. The parties are not aware of any unusual claims of privilege or of protection.
6 |     5. The parties do not presently anticipate any need for limiting discovery as set forth
7 | in the Federal Rules of Civil Procedure and Local Rules of Court.

DATED: _____

ANOOP RAJKUMAR

Plaintiff, Pro Se

Dated: July 17, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____
Dennis J. Sinchtico, Jr.

Attorneys for Defendants
Cisco Systems, Inc., Venu Dharmapuri, and
Kenny Paul

BELLO, BLACK & WELSH LLP

DATED: July 18, 2008

_____
JOSIAH (JOSH) BLACK

Attorney for Wipro Technologies

///
///
///
///

Case 5:08-cv-01600-PVT    Document 48    Filed 07/29/2008    Page 4 of 4

| | |
|---|---|
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| DATED: July 23, 2008 | /s/ Patricia K. Gillette |
| | PATRICIA GILLETE |
| | Attorney for Deloitte Consulting |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20766229.1      3      CASE NO. C08-01600-PVT