**PROOF OF SERVICE**
*Anoop Rajkumar v. Cisco Systems, Inc., Venu Dharmapuri, and Kenny Paul, et al.*
United States District Court, Northern District of California, San Jose Division,
Case No. C08-01600-PVT

      I, Catherine Greenblatt, declare:  I am a resident of the State of California and over the age of eighteen years, and not a party to the within action.  My business address is One Market, Spear Street Tower, San Francisco, CA  94105-1126.  On July 29, 2008, I served the within document(s):

- **DEFENDANTS CISCO SYSTEMS, INC., VENU DHARMAPURI, KENNY PAUL, DELOITTE CONSULTING LLP, AND WIPRO TECHNOLOGIES' CASE MANAGEMENT CONFERENCE STATEMENT**

- **RULE 26(F) REPORT**

☐ (Via Facsimile) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ (Via U.S. Mail) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ (Via Overnight Delivery—Federal Express) by placing the document(s) listed above in a sealed **Federal Express** envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **Federal Express** agent for overnight delivery.

☐ (Via Hand Delivery—Attorney Service) by personally delivering, through an authorized courier/attorney service, the document(s) listed above to the person(s) at the address(es) set forth below.

☐ (Via E-Mail) by **e-mailing** the document(s) listed above to the addressee(s) noted below.

| Attorney/Party | Method of Service |
| --- | --- |
| Anoop Rajkumar<br>4611 Deerwatch Drive<br>Chantilly, VA 20151<br>650-331-7324 | Via U.S. Mail |
| Gregory Clement Cheng<br>Thomas Michael McInerney<br>Patricia Salazar<br>Ogletree Deakins Nash Smoak & Stewart PC<br>One Market Plaza<br>Steuart Street Tower<br>San Francisco, CA 94105<br>415-442-4810 | Via U.S. Mail |

Executed on July 29, 2008, at San Francisco, California.

      I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

_____
Catherine Greenblatt

DB2/20781785.1

PROOF OF SERVICE