1  MORGAN, LEWIS & BOCKIUS LLP
   HOWARD HOLDERNESS, State Bar No. 169814
2  DENNIS J. SINCLITICO, JR., State Bar No. 240260
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: dsinclitico@morganlewis.com
5
   Attorneys for Defendants
6  CISCO SYSTEMS, INC., VENU DHARMAPURI,
   and KENNY PAUL
7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 | ANOOP RAJKUMAR,                              | Case No. C08-01600-PVT
11 |                 Plaintiff,                   | DEFENDANTS CISCO SYSTEMS, INC.,
   |                                              | VENU DHARAMPURI, AND KENNY
12 |         vs.                                  | PAUL'S STATEMENT REGARDING
   |                                              | PLAINTIFF ANOOP RAJKUMAR'S
13 | CISCO SYSTEMS, INC., VENU                    | OPPOSITION TO MOTION TO DISMISS
   | DHARMAPURI, and KENNY PAUL, et
14 | al.,                                         | Hearing Information
   |                                              | Date: August 5, 2008
15 |                 Defendants.                  | Time: 10:00 a.m.
   |                                              | Place: Courtroom 5
16

17       Defendants Cisco Systems, Inc., Venu Dharmapuri, and Kenny Paul (together "Cisco

18 Defendants"), respectfully submit this statement in response to the opposition received from

19 Plaintiff Anoop Rajkumar ("Plaintiff") on July 28, 2008. Plaintiff's opposition was filed in

20 response to Cisco Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure

21 12(b)(6), and in the alternative, for a more definite statement of the complaint, pursuant to

22 Federal Rule of Civil Procedure 12(e).

23       The Cisco Defendants were served with Plaintiff's Complaint on May 29, 2008. Soon

24 thereafter, the Cisco Defendants filed their motion to dismiss this action, pursuant to Federal Rule

25 of Civil Procedure 12(b)(6), and in the alternative, for a more definite statement of the Complaint,

26 pursuant to Federal Rule of Civil Procedure 12(e) on June 18, 2008 ("Motion"). A noticed

27 hearing on this Motion is set for August 5, 2008. Cisco Defendants received Plaintiff's

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20786426.1

STATEMENT IN RESPONSE TO PLAINTIFF'S
OPPOSITION TO MOTION TO DISMISS
CASE NO. C08-01600-PVT

Opposition papers via U.S. Mail on July 28, 2008—eight days before the Motion's scheduled hearing in this Court. No proof of service was attached to Plaintiff's Opposition papers.

The Local Rules for the United States District Court for the Northern District of California provide explicit minimum time periods regarding the service and filing of opposition and reply papers to a noticed motion. Absent a party stipulation or Court Order establishing a longer or shorter response or reply period, "[a]ny opposition to a motion must be served and filed not less than 21 days before the hearing date." N.D. L.R. 7-3(a). Plaintiff filed his Opposition on July 24, 2008 and the Cisco Defendants were not served until July 28, 2008. For Plaintiff to be compliant with Local Rule 7-3(a), his Opposition should have been filed on or before July 15, 2008. Thus, Plaintiff's Opposition is delinquent and, therefore, should not be considered by this Court.

In addition, the Local Rules require that "[a]ny reply to an opposition must be served and filed by the moving party not less than 14 days before the hearing date." N.D. L.R. 7-3(c). Because Plaintiff filed his Opposition on the date Cisco Defendants' reply was due under the Local Rules, and Cisco Defendants did not receive service of Plaintiff's Opposition until six days later, the Cisco Defendants were denied an opportunity to submit a reply to Plaintiff's Opposition and were therefore prejudiced.

Because of Plaintiff's failure to adhere to the Local Rules, Cisco Defendants submit that their Motion should be considered unopposed. The Cisco Defendants do not wish to burden the Court with a reply brief to a motion that it could and should deem to be unopposed. If, however, the Court would like Cisco Defendants to address any substantive issues the Court can identify prior to the August 5, 2008 hearing, the Cisco Defendants are more than willing to oblige.

Dated: August ___1___, 2008             MORGAN, LEWIS & BOCKIUS LLP

                                        By /s/ Howard Holderness
                                        Howard Holderness
                                        Attorneys for Cisco Defendants
                                        CISCO SYSTEMS, INC., VENU
                                        DHARMAPURI, and KENNY PAUL

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20786426.1         2         STATEMENT IN RESPONSE TO PLAINTIFF'S
                                 OPPOSITION TO MOTION TO DISMISS
                                 CASE NO. C08-01600-PVT