MORGAN, LEWIS & BOCKIUS LLP
HOWARD HOLDERNESS, State Bar No. 169814
DENNIS J. SINCLITICO, JR., State Bar No. 240260
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dsinclitico@morganlewis.com

Attorneys for Defendants
CISCO SYSTEMS, INC., VENU DHARMAPURI,
and KENNY PAUL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANOOP RAJKUMAR,<br><br>    Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., VENU DHARMAPURI, and KENNY PAUL, et al.,<br><br>    Defendants. | Case No. C08-01600-PVT<br><br>**PROOF OF SERVICE**<br><br>Hearing Information<br>Date: August 5, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 5 |

# PROOF OF SERVICE
*Anoop Rajkumar v. Cisco Systems, Inc., Venu Dharmapuri, and Kenny Paul, et al.*
United States District Court, Northern District of California, San Jose Division,
Case No. C08-01600-PVT

I, Catherine Greenblatt, declare: I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On August 1, 2008, I served the within document(s):

- **DEFENDANTS CISCO SYSTEMS, INC., VENU DHARMAPURI, AND KENNY PAUL'S STATEMENT REGARDING PLAINTIFF ANOOP RAJKUMAR'S OPPOSITION TO MOTION TO DISMISS**

☐ (Via Facsimile) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ (Via U.S. Mail) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ (Via Overnight Delivery—Federal Express) by placing the document(s) listed above in a sealed **Federal Express** envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **Federal Express** agent for overnight delivery.

☐ (Via Hand Delivery—Attorney Service) by personally delivering, through an authorized courier/attorney service, the document(s) listed above to the person(s) at the address(es) set forth below.

☐ (Via E-Mail) by **e-mailing** the document(s) listed above to the addressee(s) noted below.

| Attorney/Party | Method of Service |
| --- | --- |
| Anoop Rajkumar<br>4611 Deerwatch Drive<br>Chantilly, VA 20151<br>650-331-7324 | Via U.S. Mail |
| Gregory Clement Cheng<br>Thomas Michael McInerney<br>Patricia Salazar<br>Ogletree Deakins Nash Smoak & Stewart PC<br>One Market Plaza<br>Steuart Street Tower<br>San Francisco, CA 94105<br>415-442-4810 | Via U.S. Mail |

Executed on August 1, 2008, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

*Catherine Greenblatt*
Catherine Greenblatt

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                                PROOF OF SERVICE