UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 8/5/08

Court Reporter: Jana Ridenour        Clerk: C. Lew

Case No:C 08-01600 PVT              Case Title: Rajkumar   v.  Cisco Systems, Inc., et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Anoop Rajkumar | Richard Wahng<br>Brooke Andrich<br>Gregory Cheng<br>Dennis Sinclitico |

## PROCEEDINGS

Pretrial Conferences:    [ ] Initial         [ ] Status         [ ] Discovery

                         [ ] Settlement      [ ] Final

                         [ ] Other           [X] Motion

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [X] | 1.  Motion to Dismiss. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [X] Submitted            [ ] Settled

[ ] Denied             [ ] Briefs to be filed   [ ] Not Settled

[ ] Granted in part, denied in part             [ ] Off Calendar

## ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant       [X] Court        [ ] Court w/opinion