UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 8/5/08

Court Reporter: Jana Ridenour     Clerk: Corinne Lew

Case No: C08-1600 PVT     Case Title: Rajkumar v. Cisco Systems Inc., et al.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Anoop Rajkumar | Richard Wahng<br>Brooke Andrich<br>Gregory Cheng<br>Dennis Sinclitico |

## PROCEEDINGS

Pretrial Conferences:  [ ] Initial    [ ] Status    [ ] Discovery
                       [ ] Settlement [ ] Final
                       [ ] Other      [X] Case Management Conference

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted           [ ] Submitted          [ ] Settled

[ ] Denied            [ ] Briefs to be filed [ ] Not Settled

[ ] Granted in part, denied in part          [ ] Off Calendar

[ X ] Jury Trial set for 5/18/09 at 10:00 a.m.; Pretrial Coference set for 5/5/09 at 2:00 p.m.; Parties are referred to Magistrate Lloyd for Settlement Conference to be held by 2/27/09.

## ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant     [X] Court     [ ] Court w/opinion