1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10                                     SAN JOSE DIVISION
11

| | | |
|---|---|---|
| 12  ANOOP RAJKUMAR, | ) | Case No.: C 08-1600 PVT |
| 13              Plaintiff, | ) ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| 14       v. | ) ) | |
| 15  CISCO SYSTEMS, INC., et al., | ) ) | |
| 16              Defendants. | ) ) | |
| 17  _____ | ) | |

18       On August 5, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for a
19  Case Management Conference. Based on the parties' Joint Case Management Statement, and the
20  discussions held at the Case Management Conference,
21       IT IS FURTHER ORDERED that the deadline for joinder of any additional parties is sixty
22  days after entry of this order.
23       IT IS FURTHER ORDERED that each side may take up to 10 depositions and propound up
24  to 25 interrogatories. This order is without prejudice to any party moving for leave to take additional
25  depositions or propound additional interrogatories if, despite having been reasonably efficient in
26  conducting discovery, that party finds it necessary to take more depositions or propound more
27  interrogatories in order to prepare for trial.
28       IT IS FURTHER ORDERED that the parties shall participate in a settlement conference with

Magistrate Judge Lloyd. The parties shall promptly contact Magistrate Judge Lloyd's chambers to schedule the settlement conference for a date no later than February 27, 2009.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1/30/09

Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4/10/09

Designation of Rebuttal Experts with Reports.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4/17/09

Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5/1/09

Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 3/10/09

Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 5/5/09

Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 5/18/09

IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June 2008), a copy of which is available from the clerk of the court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *8/7/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 06/10/08."

ORDER, *page 2*

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

<u>copies mailed on</u>            to:

Anoop Rajkumar
73 Park Ave., #16
Boston, MA  02215

                        CORINNE LEW
                        Courtroom Deputy