To
Clerk's Office
United States District Court
Northern District Of California
280 South 1st Street
San Jose, CA -95113

FILED
Date: 08/27/2008

2008 SEP -2 P 3:29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**Subject: Change of Address for Plaintiff** in Case No. **C 08-1600 PVT**

Dear Sir,

As mentioned in my letter dated 07/21/2008 (Copy attached) my address has changed to following.

Anoop Rajkumar
4611 Deerwatch Drive
Chantilly, VA 20151
Tel: 650-331-7324

Even though I had informed court of this change, court's order for " ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT" date 08/08/2008 was sent to my previous address and I received it on 08/26/2008 after it was forwarded to my new address. Please use above address for all future correspondence.

Thanks & Regards

Anoop Rajkumar
4611 Deerwatch Drive
Chantilly, VA 20151

To  
Clerk's Office  
United States District Court  
Northern District Of California  
280 South 1st Street  
San Jose, CA -95113  

Date: 07/21/2008

**Subject:** Change of Address for Plaintiff in Case No. C 08-1600 PVT

Dear Sir,

Please update my new address in your record for all future correspondence related with the above case.

Anoop Rajkumar  
4611 Deerwatch Drive  
Chantilly, VA 20151  
Tel: 650-331-7324

Thanks & Regards

Anoop Rajkumar  
73 Park Drive, Apt # 16  
Boston, MA 02215  
Tel: 650-331-7324

CC:   1. Josiah M. Black, Esq.  
       Bello Black & Welsh LLP  
       One Exeter Plaza  
       699 Boylston Street, 10th Floor  
       Boston, MA 02116  

   2. Dennis John Sinclitico, Jr.  
      Morgan Lewis & Bockius LLP  
      One Market, Spear Tower  
      San Francisco, CA 94105  

   3. Patricia K. Gillette  
      Orrick Herrington & Sutcliffe LLP  
      405 Howard Street  
      San Francisco, CA 94105-2669