UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANOOP RAJKUMAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CISCO SYSTEMS, INC., et al.,<br><br>　　　　Defendants. | Case No.: C 08-1600 PVT<br><br>**INTERIM ORDER Re Plaintiff's Motion to Compel** |

On January 8, 2009, Plaintiff filed a motion to compel Defendant Wipro, Ltd. ("Wipro") to produce documents.[1] Wipro opposed the motion. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this interim order. Based on the moving and opposition papers and the file herein,

IT IS HEREBY ORDERED that, no later than February 23, 2009, Wipro shall serve and file a supplemental brief, along with any appropriate supporting declaration(s), responding to the portion of Plaintiff's motion that takes issue with Wipro's responses to Plaintiff's Document Request Nos. 6, 7 & 8. (*See* Docket No. 70, ¶¶ 1–5). While the title of Plaintiff's motion refers to an "investigative report," the document requests at issue are not limited to such reports. If Wipro contends it has no documents (whether paper or electronic) in its possession, custody or

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

Order, *page 1*

1  control that are responsive to any of those requests, it shall submit a declaration describing: 1) the
2  search it did for responsive documents; and 2) what kind of documentation it normally maintains
3  regarding workers that it " engages" and " assigns" to one of its clients (as it admits in its answer
4  that it did for Plaintiff).
5       IT IS FURTHER ORDERED that Plaintiff may serve and file a reply to Wipro's
6  supplemental brief no later than March 13, 2009.  Absent further order of the court, Plaintiff's
7  motion to compel will be deemed submitted without oral argument as of that date.
8  Dated:  *2/11/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2 *Counsel automatically notified of this filing via the court' s Electronic Case Filing system.*
3
4 copies mailed on            to:
5 Anoop Rajkumar
  4611 Deerwatch Drive
6 Chantilly, VA 20151
7
8                                                    _____
                                                     CORINNE LEW
9                                                    Courtroom Deputy
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28