1  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:    (415) 442-4810
   Facsimile:    (415) 442-4870
6
   JOSIAH M. BLACK (Admitted *Pro Hac Vice*, MA BBO #632690)
7  jblack@belloblack.com
   BELLO BLACK & WELSH, LLP
8  One Exeter Plaza
   Boston, Massachusetts 02116
9  Telephone:    (617) 247-4100
   Facsimile:    (617) 247-4125
10
   Attorneys for Defendant
11 WIPRO LTD.

12                UNITED STATES DISTRICT COURT

13         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

14 | ANOOP RAJKUMAR,                          | Case No. C08 01600 PVT
15 |                  Plaintiff,              | **STIPULATION AND [PROPOSED]
   |                                          | ORDER CONTINUING MANDATORY
16 |     v.                                   | SETTLEMENT CONFERENCE CUT-OFF
   |                                          | DATE**
17 | CISCO SYSTEMS, INC., WIPRO
18 | TECHNOLOGIES, INC., DELOITTE
   | CONSULTING LLC, NAVAL MOHTA,
19 | VENU DHARMAPURI, KENNY PAUL and
   | VARIOUS JOHN DOES,
20
   |                  Defendants.
21

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CASE NO. C08 01600 PVT

STIPULATION AND [PROPOSED] ORDER CONTINUING
MANDATORY SETTLEMENT CONFERENCE CUT-OFF DATE

7022037_1

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Anoop Rajkumar ("Plaintiff"), appearing *in pro per*, and Defendants Cisco Systems, Inc., Venu Dharmapuri, and Kenny Paul, Wipro Ltd., Deloitte Consulting LLP and Naval Mohta (collectively "Defendants"), by its attorneys of record, that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

1. **WHEREAS**, Plaintiff filed his Complaint for Damages on or about March 24, 2008, in the United States District Court, Northern District of California, Case No. C08-01600 PVT;

2. **WHEREAS**, on August 5, 2008, the Court held a Case Management Conference, wherein the Court ordered the parties to participate in a Mandatory Settlement Conference before the Honorable Howard R. Lloyd, on a date no later than February 27, 2009;

3. **WHEREAS**, the first date which the party representatives, their attorneys, and Judge Lloyd is available to attend the Settlement Conference is March 27, 2009;

4. **WHEREAS**, the parties have scheduled a Mandatory Settlement Conference with Judge Lloyd for March 27, 2009, 9:30 a.m.; and

5. **WHEREAS**, Plaintiff will not be prejudiced if the continuance were granted because he has agreed to attend the Settlement Conference on March 27, 2009.

**NOW, THEREFORE**, the Parties, through their respective counsel of record **AGREE AND HEREBY STIPULATE** to continue the Mandatory Settlement Conference completion date from February 27, 2009 to March 27, 2009.

**IT IS SO STIPULATED ON THE DATES INDICATED BELOW.**

1  DATED: February 13, 2009

3              By:_____/s/ Anoop Rajkumar_____
4                       Anoop Rajkumar
               Plaintiff, appearing *in pro per*

7  DATED: February 12, 2009         ORRICK HERRINGTON & SUTCLIFFE LLP

9              By:_____/s/ Brooke D. Arena_____
10                      Brooke D. Arena
               Attorneys for Defendant DELOITTE
11             CONSULTING LLP

13 DATED: February 12, 2009         MORGAN, LEWIS & BOCKIUS LLP
14

16             By:_____/s/ Dennis J. Sinclitico, Jr._____
                        Dennis J. Sinclitico, Jr.
17             Attorneys for Defendants CISCO SYSTEMS,
               INC., VENU DHARMAPURI, and KENNY
18             PAUL

20 DATED: February 16, 2009         LAW OFFICE OF RICHARD WAHNG
21

22             By:_____/s/ Richard Wahng_____
                        Richard Wahng
23             Attorneys for Defendant NAVAL MOHTA

28 DATED: February 17, 2009         OGLETREE, DEAKINS, NASH, SMOAK &

Case 5:08-cv-01600-PSG   Document 86   Filed 02/18/09   Page 4 of 4

STEWART, P.C.

By: _____/s/ Gregory C. Cheng_____
Gregory C. Cheng
Attorneys for Defendant WIPRO LTD.

**IT IS THEREFORE ORDERED THAT** the Mandatory Settlement Conference completion date be continued from February 27, 2009 to March 27, 2009.

**IT IS SO ORDERED.**

DATED: _____2/18/09_____   By: _____/s/ Patricia V. Trumbull_____
The Honorable Patricia V. Trumbull
United States Magistrate Judge

4

CASE NO. C08 01600 PVT

STIPULATION AND [PROPOSED] ORDER CONTINUING
MANDATORY SETTLEMENT CONFERENCE CUT-OFF DATE

7022037_1