UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANOOP RAJKUMAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC., et al.,<br><br>　　　　　Defendants. | Case No.: C 08-1600 PVT<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR "PROTECTIVE ORDER"** |

On July 16, 2009, Plaintiff filed a motion for "protective order."[1]  Defendants opposed the motion.  Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without oral argument.  Based on the moving, opposition and reply papers, and the file herein,

IT IS HEREBY ORDERED that Plaintiff's motion for a protective order, and his request for a temporary restraining order, is DENIED.

Plaintiff fails to cite the legal authority on which he bases this motion.  From the substance of his motion, it appears he seeks preliminary injunctive relief pursuant to Federal Rules of Civil Procedure, Rule 65.  However, he has not made the showing necessary to warrant such an order.

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1 Under Rule 65, preliminary injunctive relief is warranted only if the Plaintiff establishes that: 1) he is likely to succeed on the merits; 2) he is likely to suffer irreparable harm in the absence of preliminary relief, 3) the balance of equities tips in his favor; and 4) an injunction is in the public interest. *See Winter v. Natural Resources Defense Council, Inc.*, ---U.S. ----, 129 S.Ct. 365, 374 (2008).  Before the second, third and forth of these factors are considered, a moving party must, at an "irreducible minimum," demonstrate some chance of success on the merits.  *See Global Horizons, Inc. v. U.S. Dept. of Labor*, 510 F.3d 1054, 1057-58 (9th Cir. 2007) (when a party fails to show any chance of success on the merits, no further determinations of irreparable harm or balancing of equities are necessary).

In the present case, Plaintiff has not shown any chance of success on the merits.  As discussed in the court's order granting the Defendants' motions for summary judgment, which will be issued concurrent with or shortly after this order, the evidence submitted by Plaintiff does not tend to show that any of the Defendants are responsible in any way for the harmful conditions and injuries of which Plaintiff complains.

Because Plaintiff fails to show any chance of success on the merits, injunctive relief is unwarranted.  *See Global Horizons,* 510 F.3d at 1057-58.

Dated: *10/9/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  <u>copies mailed on          to:</u>
5  Anoop Rajkumar
   4611 Deerwatch Drive
6  Chantilly, VA  20151
7
8                                              CORINNE LEW
                                               Courtroom Deputy
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28