UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANOOP RAJKUMAR, <br><br>   Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., et al., <br><br>   Defendants. | Case No.: C 08-1600 PVT <br><br> **ORDER VACATING HEARING AND TRIAL SETTING CONFERENCE** |

IT IS HEREBY ORDERED that the hearing and trial setting conference scheduled for October 13, 2009, are VACATED. Concurrently herewith, or shortly hereafter, the court is issuing an order denying Plaintiff's motion for protective order and an order granting Defendants' motions for summary judgment. Because the matter is being disposed of on summary judgment, the trial setting conference is no longer necessary..

Dated: *10/9/09*

　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1
2 | ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4 | copies mailed on            to:
5 | Anoop Rajkumar
6 | 4611 Deerwatch Drive
   | Chantilly, VA  20151
7
8 | CORINNE LEW
  | Courtroom Deputy
9
10
...
28